UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ALASKA LABORERS EMPLOYERS RETIREMENT FUND, Individually and On Behalf of All Others Similarly Situated, | : Civil Action No. 07-7402 |
| Plaintiffs, | : **RULE 7.1 STATEMENT** |
| vs. | : |
| SCHOLASTIC CORP., RICHARD ROBINSON and MARY WINSTON, | : |
| Defendant. | : |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (private non-governmental parties) certify that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: NONE.

DATED: August 20, 2007

LERACH COUGHLIN STOIA GELLER
　　　RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
DAVID A. ROSENFELD (DR-7564)

───────────────────────────
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Attorneys for Plaintiff