AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ALASKA LABORERS EMPLOYERS RETIREMENT FUND,
Individually and On Behalf of All Others
Similarly Situated,

V.

SCHOLASTIC CORP., RICHARD ROBINSON
and MARY WINSTON,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 CIV 7402

JUDGE DANIELS

TO: (Name and address of Defendant)

Richard Robinson
c/o Scholastic Corp.
557 Broadway
New York, NY 10012

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                          AUG 20 2007

CLERK                                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

|  | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 8-21-07 @ 3:25pm |
| NAME OF SERVER (PRINT) Daniel DiCarlo | TITLE | Process server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where  557 Broadway, NYNY Lobby 10012

☒ Left copies thereof at the defendant's ~~dwelling house~~ or ~~usual place of abode~~ **place of business** with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were   Linda Gatsby — Managing Agent — co-worker

☐ Returned

☐ Other

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8-22-07
                    Date

Signature of Server

858 Merrick Ave.
East meadow, NY 11554

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.