UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALASKA LABORERS EMPLOYERS RETIREMENT FUND, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 07-CIV-07402 |
| Plaintiff, | CLASS ACTION |
| vs. | NOTICE OF FIRM NAME CHANGE |
| SCHOLASTIC CORP., et al., | |
| Defendants. | |

TO:    THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP has changed its name to COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP.

The addresses, telephone and facsimile numbers will remain the same.  Please update your records accordingly.

DATED:  October 4, 2007             COUGHLIN STOIA GELLER
                                      RUDMAN & ROBBINS LLP
                                    SAMUEL H. RUDMAN
                                    DAVID A. ROSENFELD


                                            */s/ Samuel H. Rudman*
                                    SAMUEL H. RUDMAN

                                    58 South Service Road, Suite 200
                                    Melville, NY  11747
                                    Telephone:  631/367-7100
                                    631/367-1173 (fax)

                                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Samuel H. Rudman, hereby certify that on October 4, 2007, I caused a true and correct copy of the attached:

Notice of Firm Name Change

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

                                                                       */s/ Samuel H. Rudman*
                                                                         Samuel H. Rudman