UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ALASKA LABORERS EMPLOYERS RETIREMENT FUND, Individually and On Behalf of All Others Similarly Situated, | : : : : : | Civil Action No. 1:07-cv-07402-GBD <br><br> CLASS ACTION |
| Plaintiff, | : : | |
| vs. | : : | |
| SCHOLASTIC CORP., et al., | : : | |
| Defendants. | : : | |
| PAUL BAICU, Individually and On Behalf of All Others Similarly Situated, | : : : | Civil Action No. 1:07-cv-08251-GBD <br><br> CLASS ACTION |
| Plaintiff, | : : | |
| vs. | : : | |
| SCHOLASTIC CORPORATION, et al., | : : | |
| Defendants. | : : | |

NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

PLEASE TAKE NOTICE that Institutional Investor Alaska Laborers Employers Retirement Fund ("Alaska Laborers") will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing Alaska Laborers as Lead Plaintiff; (iii) approving Alaska Laborers' selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Alaska Laborers submits herewith a Memorandum of Law and Declaration of Mario Alba Jr., dated October 19, 2007.

DATED: October 19, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.

*/s/ Mario Alba Jr.*
MARIO ALBA JR.

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Mario Alba Jr., hereby certify that on October 19, 2007, I caused a true and correct copy of the attached:

    Notice of Motion for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel;

    Memorandum in Support of the Motion of Alaska Laborers Employers Retirement Fund for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel; and

    Declaration of Mario Alba Jr. in Support of the Motion of Alaska Laborers Employers Retirement Fund for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel;

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

                                                      */s/ Mario Alba Jr.*
                                                        Mario Alba Jr.

SCHOLASTIC 07

Service List - 10/19/2007   (07-0182)

Page 1 of 1

**Counsel For Defendant(s)**

Michael J. Chepiga
David Elbaum
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017-3954
　212/455-2000
　212/455-2502 (Fax)


**Counsel For Plaintiff(s)**

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
　516/741-4977
　516/741-0626 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
　631/367-7100
　631/367-1173 (Fax)

Richard A. Maniskas
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
　610/667-7706
　610/667-7056 (Fax)