UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ALASKA LABORERS EMPLOYERS RETIREMENT FUND, Individually and On Behalf of All Others Similarly Situated, | : Civil Action No. 1:07-cv-07402-GBD : : CLASS ACTION : |
| Plaintiff, | : : |
| vs. | : : |
| SCHOLASTIC CORP., et al., | : : |
| Defendants. | : : |

---

| | |
|---|---|
| PAUL BAICU, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:07-cv-08251-GBD : CLASS ACTION |
| Plaintiff, | : : |
| vs. | : : |
| SCHOLASTIC CORPORATION, et al., | : : |
| Defendants. | : : |

---

DECLARATION OF MARIO ALBA JR. IN SUPPORT OF THE MOTION OF ALASKA LABORERS EMPLOYERS RETIREMENT FUND FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

MARIO ALBA JR. declares, under penalty of perjury:

1.      I am an associate with Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia"), one of plaintiff's counsel in the action entitled *Alaska Laborers Employers Retirement Fund vs. Scholastic Corp., et al.*, Civil Action No. 1:07-cv-07402-GBD (the "*Alaska Laborers* Action"). I submit this Declaration in support of the Motion of Alaska Laborers Employers Retirement Fund ("Alaska Laborers") for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel.

2.      Attached hereto as Exhibit A is a true and accurate copy of the first notice regarding the pendency of these actions, published by plaintiff in the *Alaska Laborers* Action, on *Business Wire*, a national, business-oriented newswire service, on August 20, 2007.

3.      Attached hereto as Exhibit B is a true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated losses of Alaska Laborers at approximately $54,461.90, in connection with its transaction in Scholastic Corp. shares during the Class Period.

4.      Attached hereto as Exhibit C is the certification of Alaska Laborers.

5.      Attached hereto as Exhibit D is a true copy of the firm resume of Coughlin Stoia.

DATED:  October 19, 2007

                                              */s/ Mario Alba Jr.*
                                              MARIO ALBA JR.

## CERTIFICATE OF SERVICE

I, Mario Alba Jr., hereby certify that on October 19, 2007, I caused a true and correct copy of the attached:

Notice of Motion for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel;

Memorandum in Support of the Motion of Alaska Laborers Employers Retirement Fund for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel; and

Declaration of Mario Alba Jr. in Support of the Motion of Alaska Laborers Employers Retirement Fund for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel;

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

*/s/ Mario Alba Jr.*
Mario Alba Jr.

SCHOLASTIC 07

Service List - 10/19/2007   (07-0182)

Page 1 of  1

### Counsel For Defendant(s)

Michael J. Chepiga
David  Elbaum
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017-3954
  212/455-2000
  212/455-2502 (Fax)

### Counsel For Plaintiff(s)

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
  516/741-4977
  516/741-0626 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario  Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
  631/367-7100
  631/367-1173 (Fax)

Richard A. Maniskas
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
  610/667-7706
  610/667-7056 (Fax)