UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 0 8 2007

----------------------------------------x

ALASKA LABORERS EMPLOYERS : Civil Action No. 1:07-cv-07402-GBD
RETIREMENT FUND, Individually and On :
Behalf of All Others Similarly Situated, : CLASS ACTION
:
Plaintiff, :
:
vs. :
:
SCHOLASTIC CORP., et al., :
:
Defendants. :
----------------------------------------
PAUL BAICU, Individually and On Behalf of : Civil Action No. 1:07-cv-08251-GBD
All Others Similarly Situated, :
: CLASS ACTION
Plaintiff, :
:
vs. :
:
SCHOLASTIC CORPORATION, et al., :
:
Defendants. :
:
----------------------------------------x

[███████] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

Having considered the Motion of Alaska Laborers Employers Retirement Fund ("Alaska Laborers") for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba Jr., in support thereof, and good cause appearing therefore:

1. The Actions are hereby consolidated;

2. Alaska Laborers is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

3. The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: _____   *George B. Daniels*

THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE