UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
ALASKA LABORERS EMPLOYERS
RETIREMENT FUND, Individually and On
Behalf of All Others Similarly Situated,

                                  Plaintiffs,

           v.

                                                Civil Action No. 1:07-cv-07402 (GBD)

SCHOLASTIC CORP., RICHARD
ROBINSON and MARY WINSTON,

                                Defendants.
-----------------------------------------------------------x

**PLEASE TAKE NOTICE** that Michael J. Chepiga, a member of the law firm of Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants Scholastic Corp., Richard Robinson and Mary Winston in this action and requests that all subsequent papers be served upon him at the address indicated below.

Please add the following to the service list for this proceeding:

>Michael J. Chepiga, Esq. (mchepiga@stblaw.com)
>SIMPSON THACHER & BARTLETT LLP
>425 Lexington Avenue
>New York, New York 10017-3954
>(212) 455-2598 (Telephone)
>(212) 455-2502 (Facsimile)
>
>David Elbaum, Esq. (delbaum@stblaw.com)
>SIMPSON THACHER & BARTLETT LLP
>425 Lexington Avenue
>New York, New York 10017-3954
>(212) 455- 2861 (Telephone)
>(212) 455-2502 (Facsimile)
>
>Taimarie N. Adams, Esq. (tadams@stblaw.com)
>SIMPSON THACHER & BARTLETT LLP
>425 Lexington Avenue
>New York, New York 10017-3954
>(212) 455- 2421 (Telephone)
>(212) 455-2502 (Facsimile)

Dated: New York, New York
November 16, 2007

SIMPSON THACHER & BARTLETT LLP

By: _____
Michael J. Chepiga
David Elbaum
Taimarie Adams

425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Defendants*