**COUGHLIN STOIA GELLER RUDMAN & ROBBINS** LLP

SAN DIEGO · SAN FRANCISCO
LOS ANGELES · NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
PHILADELPHIA · SEATTLE

David A. Rosenfeld
DRosenfeld@csgrr.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 19 2007

**SO ORDERED**
The conference is rescheduled to June 5, 2008 at 10:00 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS
NOV 19 2007

November 16, 2007

<u>VIA FACSIMILE</u>

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl St., Room 630
New York, NY 10007

    Re:    *Alaska Laborers Employers Retirement Fund v. Scholastic Corp., et al.*,
           No. 07-cv-7402 (GBD)

Dear Judge Daniels:

    We represent Lead Plaintiff Alaska Laborers Employers Retirement Fund (Alaska Laborers) in the above-referenced securities class action and write with the consent of defendants to request an extension of the date for filing and serving the Amended Class Action Complaint (the "Amended Complaint") in this action, which, pursuant to your Honor's November 8, 2007 Order, is currently due on December 26, 2007.

    This is the first request for such an extension and is being requested to accommodate the holiday schedule. Under the new proposed timetable, the Amended Complaint will be filed by January 9, 2008; defendants will have until February 25, 2008 to answer or otherwise respond to the Amended Complaint; if defendants file a motion to dismiss, plaintiffs shall have until April 10, 2008 to file their opposition; and defendants shall have until May 12, 2008 to file a reply.

    Lastly, at the initial pretrial conference on November 8, 2007, the Court scheduled oral argument on defendants' motion to dismiss for April 17, 2008 at 10 a.m. We are also requesting that the Court reschedule the argument for a later date, but that such date not be



Hon. George B. Daniels
November 16, 2007
Page 2

during the week of May 15 – 21, 2008, because counsel for defendants has advised us that they will not be available during that time.[1]

Respectfully submitted,

David A. Rosenfeld

cc: Counsel for Defendants

---

[1] Even if the Court does not grant the full extension requested in this letter, we respectfully request that the Court reschedule the oral argument. Due to a miscalculation at the November 8 conference, the oral argument is currently scheduled to be held eleven days before the defendants' reply brief is due (on April 28). We apologize for any inconvenience caused by this miscalculation.