UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ALASKA LABORERS EMPLOYERS
RETIREMENT FUND, Individually and On
Behalf of All Others Similarly Situated,

                        Plaintiffs,

                  v.

SCHOLASTIC CORP., RICHARD
ROBINSON and MARY WINSTON,

                        Defendants.
------------------------------------------------------------x

Civil Action No. 1:07-cv-07402 (GBD)

**PLEASE TAKE NOTICE** that David Elbaum, senior counsel with the law firm of Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants Scholastic Corp., Richard Robinson and Mary Winston in this action and requests that all subsequent papers be served upon him at the address indicated below.

Please add the following to the service list for this proceeding:

    David Elbaum, Esq. (delbaum@stblaw.com)
    SIMPSON THACHER & BARTLETT LLP
    425 Lexington Avenue
    New York, New York 10017-3954
    (212) 455- 2861 (Telephone)
    (212) 455-2502 (Facsimile)

Dated: New York, New York
       December 11, 2007

                          SIMPSON THACHER & BARTLETT LLP

                          By: _____
                              David Elbaum

                          425 Lexington Avenue
                          New York, New York 10017-3954
                          Telephone: (212) 455-2861
                          Facsimile: (212) 455-2502

                          *Attorney for Defendants*