**COUGHLIN STOIA GELLER RUDMAN & ROBBINS** LLP

SAN DIEGO · SAN FRANCISCO
LOS ANGELES · NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
PHILADELPHIA · SEATTLE

David A. Rosenfeld
DRosenfeld@csgrr.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: JAN 18 2008

**SO ORDERED**

*George B. Daniels*
HON. GEORGE B. DANIELS
JAN 1 8 2008

January 7, 2008

<u>VIA FACSIMILE</u>

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl St., Room 630
New York, NY 10007

Re:   *Alaska Laborers Employers Retirement Fund v. Scholastic Corp., et al.*,
      No. 07-cv-7402 (GBD)

Dear Judge Daniels:

We represent Lead Plaintiff Alaska Laborers Employers Retirement Fund in the above-referenced securities class action and write with the consent of defendants to request a two-day extension of the date for filing and serving the Amended Class Action Complaint (the "Amended Complaint") in this action, which, pursuant to your Honor's Endorsed Letter dated November 19, 2007, is due on January 9, 2008.

This is the second request for an extension and is being requested to accommodate a scheduling conflict. Under the new proposed timetable, the Amended Complaint will be filed by January 11, 2008; defendants will have until February 27, 2008 to answer or otherwise respond to the Amended Complaint; if defendants file a motion to dismiss, plaintiffs shall have until April 14, 2008 to file their opposition; and defendants shall have until May 14, 2008 to file a reply. Oral argument on defendants' motion to dismiss shall remain at 10:00 a.m. on June 5, 2008.

Respectfully submitted,

David A. Rosenfeld

cc:  Counsel for Defendants

58 South Service Road, Suite 200 · Melville, New York 11747 · 631.367.7100 · Fax 631.367.1173 · www.csgrr.com