UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ALASKA LABORERS EMPLOYERS                      :
RETIREMENT FUND, Individually and On           :
Behalf of All Others Similarly Situated,       :
                                               :
                       Plaintiff,              :     No. 07 Civ. 7402 (GBD)
                                               :
        -against-                              :
                                               :
SCHOLASTIC CORPORATION, RICHARD                :
ROBINSON and MARY WINSTON,                     :
                                               :
                       Defendants.             :
-------------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that upon the accompanying Affidavit of David Elbaum, sworn to on the 27th day of February, 2008, the exhibits attached thereto, and the accompanying Memorandum of Law, Defendants Scholastic Corporation, Richard Robinson and Mary Winston will move this Court, before the Honorable George B. Daniels, United States District Judge, at the United States District Courthouse, 500 Pearl Street, New York, New York 10007-1312, on the 5th day of June, 2008, at 10:00 a.m., or as soon thereafter as counsel can be heard, for an order, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure

and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4, *et seq.*, dismissing with prejudice Plaintiffs' Consolidated Amended Class Action Complaint, annexed hereto as Exhibit A.

Dated: February 27, 2008
      New York, New York

Respectfully submitted,
SIMPSON THACHER & BARTLETT LLP

By: /s/ Michael Chepiga
    Michael J. Chepiga (mchepiga@stblaw.com)
    David Elbaum (delbaum@stblaw.com)
    425 Lexington Avenue
    New York, New York 10017
    Telephone: (212) 455-2000
    Facsimile: (212) 455-2502

*Attorneys for Scholastic Corporation,
Richard Robinson and Mary Winston*