# EXHIBIT 16

**SCHOLASTIC**

# 4 (SCHL)

**FORM 4 –**
**Filed on 04/15/2005 – Period: 04/13/2005**
File Number 000–19860

**GSI** 

LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235–0287 |
| Expires:        January 31, 2005 |
| Estimated average burden hours per response...    0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person : ROBINSON RICHARD | 2. Issuer Name **and** Ticker or Trading Symbol SCHOLASTIC CORP [SCHL] | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| (Last)        (First)        (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 04/13/2005 | (Check all applicable) |
| C/O CORPORATE SECRETARY, 557 BROADWAY | | _X_ Director            _X_ 10% Owner _X_ Officer (give title    ___ Other (specify below) below) |
| (Street) | 4. If Amendment, Date Original Filed (Month/Day/Year) | CEO, Chairman and President |
| NEW YORK, NY 10012 | | 6. Individual or Joint/Group Filing (Check Applicable Line) _X_ Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |
| (City)        (State)        (Zip) | | |

**Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 04/13/2005 | | M | | 12,539 | A | $18.345 | 5,172,816[(1)] | D | |
| Common Stock | 04/13/2005 | | S | | 1,300 | D | $35.85 | 5,171,516 | D | |
| Common Stock | 04/13/2005 | | S | | 800 | D | $35.8 | 5,170,716 | D | |
| Common Stock | 04/13/2005 | | S | | 10 | D | $35.79 | 5,170,706 | D | |
| Common Stock | 04/13/2005 | | S | | 600 | D | $35.78 | 5,170,106 | D | |
| Common Stock | 04/13/2005 | | S | | 200 | D | $35.76 | 5,169,906 | D | |
| Common Stock | 04/13/2005 | | S | | 200 | D | $35.73 | 5,169,706 | D | |
| Common Stock | 04/13/2005 | | S | | 190 | D | $35.72 | 5,169,516 | D | |
| Common Stock | 04/13/2005 | | S | | 1,200 | D | $35.69 | 5,168,316 | D | |
| Common Stock | 04/13/2005 | | S | | 300 | D | $35.68 | 5,168,016 | D | |
| Common Stock | 04/13/2005 | | S | | 700 | D | $35.66 | 5,167,316 | D | |
| Common Stock | 04/13/2005 | | S | | 200 | A | $35.65 | 5,167,116 | D | |
| Common Stock | 04/13/2005 | | S | | 1,300 | D | $35.61 | 5,165,816 | D | |
| Common Stock | 04/13/2005 | | S | | 39 | D | $35.59 | 5,165,777 | D | |
| Common Stock | 04/13/2005 | | S | | 300 | D | $35.57 | 5,165,477 | D | |
| Common Stock | 04/13/2005 | | S | | 200 | D | $35.56 | 5,165,277 | D | |
| Common Stock | 04/13/2005 | | S | | 700 | D | $35.55 | 5,164,577 | D | |
| Common Stock | 04/13/2005 | | S | | 800 | D | $35.54 | 5,163,777 | D | |
| Common Stock | 04/13/2005 | | S | | 2,200 | D | $35.53 | 5,161,577 | D | |
| Common Stock | 04/13/2005 | | S | | 300 | D | $35.52 | 5,161,277 | D | |
| Common Stock | 04/13/2005 | | S | | 400 | D | $35.51 | 5,160,877 | D | |
| Common Stock | 04/13/2005 | | S | | 600 | D | $35.5 | 5,160,277 | D | |
| Common Stock | 04/14/2005 | | M | | 4,300 | A | $18.345 | 5,164,577 | D | |

| Common Stock | 04/14/2005 | | S | 4,300 | D | $35.75 | 5,160,277 | D | |

## Table II − Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $18.345 | 04/13/2005 | | M | | | 12,539 | 09/16/1998 | 09/17/2007 | Common Stock | 12,539 | $ 0 | 204,285 | D | |
| Employee Stock Option (right to buy) | $18.345 | 04/14/2005 | | M | | | 4,300 | 09/16/1998 | 09/17/2007 | Common Stock | 4,300 | $ 0 | 199,985 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| ROBINSON RICHARD C/O CORPORATE SECRETARY 557 BROADWAY NEW YORK, NY 10012 | X | X | CEO, Chairman and President | |

**Explanation of Responses:**

(1)    See attached Exhibit 99.

## Signatures

Paul Marcotrigiano                                           04/15/2005

<u>**</u> Signature of Reporting Person                                Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

**Remarks:**
These transactions were made in accordance with the instructions of Mr. Robinson's former sp
ouse pursuant to a matrimonial settlement agreement. Under the terms of that agreement, none of the net proceeds from these sales wil
l be retained by Mr. Robinson.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

**SCHOLASTIC**

**4** (SCHL)

**FORM 4 –**
**Filed on 04/15/2005 – Period: 04/13/2005**
File Number 000–19860



# FORM 4

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

☐ Check this box
if no longer
subject to
Section 16.
Form 4 or Form
5 obligations
may continue.
*See* Instruction
1(b).

STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF
SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section
17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the
Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235-0287 |
| Expires: January 31, 2005 |
| Estimated average burden hours per response... 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>ROBINSON RICHARD | 2. Issuer Name **and** Ticker or Trading Symbol<br>SCHOLASTIC CORP [SCHL] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable) |
|---|---|---|
| (Last)      (First)      (Middle)<br>C/O CORPORATE SECRETARY, 557 BROADWAY | 3. Date of Earliest Transaction (Month/Day/Year)<br>04/13/2005 | X  Director          X  10% Owner<br>X  Officer (give title          Other (specify below)<br>below)<br>CEO, Chairman and President |
| (Street)<br>NEW YORK, NY 10012 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>X  Form filed by One Reporting Person<br>    Form filed by More than One Reporting Person |
| (City)      (State)      (Zip) | | |

**Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 04/13/2005 | | M | | 33,176 | A | $18.345 | 5,193,453[(1)] | D | |
| Common Stock | 04/13/2005 | | S | | 100 | D | $36.41 | 5,193,353 | D | |
| Common Stock | 04/13/2005 | | S | | 200 | D | $36.38 | 5,193,153 | D | |
| Common Stock | 04/13/2005 | | S | | 100 | D | $36.37 | 5,193,053 | D | |
| Common Stock | 04/13/2005 | | S | | 900 | D | $36.36 | 5,192,153 | D | |
| Common Stock | 04/13/2005 | | S | | 795 | D | $36.35 | 5,191,358 | D | |
| Common Stock | 04/13/2005 | | S | | 3,020 | D | $36.34 | 5,188,338 | D | |
| Common Stock | 04/13/2005 | | S | | 5,100 | D | $36.33 | 5,183,238 | D | |
| Common Stock | 04/13/2005 | | S | | 1,300 | D | $36.29 | 5,181,938 | D | |
| Common Stock | 04/13/2005 | | S | | 1,100 | D | $36.27 | 5,180,838 | D | |
| Common Stock | 04/13/2005 | | S | | 800 | D | $36.26 | 5,180,038 | D | |
| Common Stock | 04/13/2005 | | S | | 1,800 | D | $36.25 | 5,178,238 | D | |
| Common Stock | 04/13/2005 | | S | | 1,000 | D | $36.15 | 5,177,238 | D | |
| Common Stock | 04/13/2005 | | S | | 200 | D | $36.14 | 5,177,038 | D | |
| Common Stock | 04/13/2005 | | S | | 310 | D | $36.13 | 5,176,728 | D | |
| Common Stock | 04/13/2005 | | S | | 200 | D | $36.11 | 5,176,528 | D | |
| Common Stock | 04/13/2005 | | S | | 6,290 | D | $36.1 | 5,170,238 | D | |
| Common Stock | 04/13/2005 | | S | | 100 | D | $36.03 | 5,170,138 | D | |
| Common Stock | 04/13/2005 | | S | | 100 | D | $36.01 | 5,170,038 | D | |
| Common Stock | 04/13/2005 | | S | | 1,660 | D | $36 | 5,168,378 | D | |
| Common Stock | 04/13/2005 | | S | | 500 | D | $35.94 | 5,167,878 | D | |
| Common Stock | 04/13/2005 | | S | | 600 | D | $35.93 | 5,167,278 | D | |
| Common Stock | 04/13/2005 | | S | | 1,843 | D | $35.92 | 5,165,435 | D | |

| Common Stock | 04/13/2005 | | S | | 900 | D | $35.91 | 5,164,535 | D | |
| Common Stock | 04/13/2005 | | S | | 600 | D | $35.9 | 5,163,935 | D | |
| Common Stock | 04/13/2005 | | S | | 300 | D | $35.89 | 5,163,635 | D | |
| Common Stock | 04/13/2005 | | S | | 818 | D | $35.88 | 5,162,817 | D | |
| Common Stock | 04/13/2005 | | S | | 2,280 | D | $35.87 | 5,160,537 | D | |
| Common Stock | 04/13/2005 | | S | | 260 | D | $35.86 | 5,160,277 | D | |

### Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 5) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $18.345 | 04/13/2005 | | M | | | 33,176 | 09/16/1998 | 09/17/2007 | Common Stock | 33,176 | $ 0 | 216,824 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| ROBINSON RICHARD C/O CORPORATE SECRETARY 557 BROADWAY NEW YORK, NY 10012 | X | X | CEO, Chairman and President | |

**Explanation of Responses:**

(I)    See attached Exhibit 99.

## Signatures

<u>Paul Marcotrigiano</u>                                                    <u>04/15/2005</u>

** Signature of Reporting Person                                            Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

*      If the form is filed by more than one reporting person, see Instruction 4(b)(v).

**     Intentional misstatements or omissions of facts constitute Federal Criminal Violations. See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

**Remarks:**
These transactions were made in accordance with the instructions of Mr. Robinson's former sp
ouse pursuant to a matrimonial settlement agreement. Under the terms of that agreement, none of the net proceeds from these sales wil
l be retained by Mr. Robinson.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently
valid OMB number.

 **4** (SCHL)

**FORM 4 –**
**Filed on 07/29/2005 – Period: 07/27/2005**
File Number 000–19860

**GSI**



# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235-0287 |
| Expires: January 31, 2005 |
| Estimated average burden hours per response... 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person ÷<br>ROBINSON RICHARD | 2. Issuer Name **and** Ticker or Trading Symbol<br>SCHOLASTIC CORP [SCHL] | 5. Relationship of Reporting Person(s) to Issuer<br><br>(Check all applicable) |
|---|---|---|
| (Last)    (First)    (Middle)<br>C/O CORPORATE SECRETARY, 557 BROADWAY | 3. Date of Earliest Transaction (Month/Day/Year)<br>07/27/2005 | X   Director              X   10% Owner<br>X   Officer (give title below)    Other (specify below)<br>CEO, Chairman and President |
| (Street)<br><br>NEW YORK, NY 10012 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>X   Form filed by One Reporting Person<br>   Form filed by More than One Reporting Person |
| (City)    (State)    (Zip) | | |

**Table I – Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 07/27/2005 | | M | | 60,200[(2)] | A | $18.345 | 5,221,007 | D | |
| Common Stock | 07/27/2005 | | S | | 15,000[(2)] | D | $36.758 | 5,206,007 | D | |
| Common Stock | 07/27/2005 | | S | | 15,200[(2)] | D | $36.811 | 5,190,807 | D | |
| Common Stock | 07/27/2005 | | S | | 15,000[(2)] | D | $36.907 | 5,175,807 | D | |
| Common Stock | 07/27/2005 | | S | | 15,000[(2)] | D | $36.857 | 5,160,807[(1)] | D | |

**Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $18.345 | 07/27/2005 | | M | | | 60,200[(2)] | 09/16/1998 | 09/17/2007 | Common Stock | 60,200 | $ 0 | 139,785 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| ROBINSON RICHARD<br>C/O CORPORATE SECRETARY<br>557 BROADWAY<br>NEW YORK, NY 10012 | X | X | CEO, Chairman and President | |

**Explanation of Responses:**

(1)  See attached Exhibit 99.

(2)  These transactions were made in accordance with the instructions of Mr. Robinson's former spouse pursuant to a matrimonial settlement agreement. Under the terms of that agreement, none of the net proceeds from these sales will be retained by Mr. Robinson.

**Signatures**

<u>Teresa M. Connelly, Attorney–in–fact</u>                              <u>07/29/2005</u>

\*\*Signature of Reporting Person                                                                      Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*     If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

 **EX−99** (SCHL)

**4 Filed on 07/29/2005 − Period: 07/27/2005**
File Number 000−19860

 **GSI**

LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

 **SCHOLASTIC**

# 4 (SCHL)

**FORM 4 –**
**Filed on 08/04/2005 – Period: 08/02/2005**
File Number 000–19860

 **GSI**

LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235–0287 |
| Expires: January 31, 2005 |
| Estimated average burden hours per response... 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person <u>*</u><br>ROBINSON RICHARD<br><br>(Last) (First) (Middle)<br><br>C/O CORPORATE SECRETARY, 557 BROADWAY<br>(Street)<br><br>NEW YORK, NY 10012<br>(City) (State) (Zip) | 2. Issuer Name and Ticker or Trading Symbol<br>SCHOLASTIC CORP [SCHL]<br><br>3. Date of Earliest Transaction (Month/Day/Year)<br>08/02/2005<br><br>4. If Amendment, Date Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer<br><br>(Check all applicable)<br><br>X  Director         X  10% Owner<br>X  Officer (give title         Other (specify below)<br>below)<br>CEO, Chairman and President<br><br>6. Individual or Joint/Group Filing (Check Applicable Line)<br>X  Form filed by One Reporting Person<br>__ Form filed by More than One Reporting Person |

### Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/02/2005 | | M | | 30,000[2] | A | $18.845 | 5,190,807 | D | |
| Common Stock | 08/02/2005 | | S | | 15,000[2] | D | $37.001 | 5,175,807 | D | |
| Common Stock | 08/02/2005 | | S | | 15,000[2] | D | $37.184 | 5,160,807[1] | D | |

### Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $18.845 | 08/02/2005 | | M | | | 30,000[2] | 05/13/1999 | 05/14/2008 | Common Stock | 30,000 | $ 0 | 220,000 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| ROBINSON RICHARD<br>C/O CORPORATE SECRETARY<br>557 BROADWAY<br>NEW YORK, NY 10012 | X | X | CEO, Chairman and President | |

**Explanation of Responses:**

(1)  See attached Exhibit 99.

(2)  These transactions were made in accordance with the instructions of Mr. Robinson's former spouse pursuant to a matrimonial settlement agreement.
     Under the terms of that agreement, none of the net proceeds from these sales will be retained by Mr. Robinson.

**Signatures**

Teresa M. Connelly, Attorney-in-fact                          08/04/2005

**Signature of Reporting Person                              Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

**   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently
valid OMB number.

 **4** (SCHL)

**FORM 4 –**
**Filed on 08/12/2005 – Period: 08/10/2005**
File Number 000–19860



LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

☐ Check this box
if no longer
subject to
Section 16.
Form 4 or Form
5 obligations
may continue.
*See* Instruction
1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF**
**SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section
17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the
Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235-0287 |
| Expires: January 31, 2005 |
| Estimated average burden hours per response... 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>ROBINSON RICHARD | 2. Issuer Name and Ticker or Trading Symbol<br>SCHOLASTIC CORP [SCHL] | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| (Last)        (First)        (Middle)<br>C/O CORPORATE SECRETARY, 557 BROADWAY | 3. Date of Earliest Transaction (Month/Day/Year)<br>08/10/2005 | (Check all applicable)<br>X  Director          X  10% Owner<br>X  Officer (give title     Other (specify below)<br>below)<br>CEO, Chairman and President |
| (Street)<br>NEW YORK, NY 10012 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>X  Form filed by One Reporting Person<br>   Form filed by More than One Reporting Person |
| (City)        (State)        (Zip) | | |

## Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/10/2005 | | M | | 10,000[2] | A | $18.845 | 5,170,807 | D | |
| Common Stock | 08/10/2005 | | S | | 10,000[2] | D | $36.25 | 5,160,807 | D | |
| Common Stock | 08/11/2005 | | M | | 20,000[2] | A | $18.845 | 5,180,807 | D | |
| Common Stock | 08/11/2005 | | S | | 20,000[2] | D | $36.366 | 5,160,807[1] | D | |

## Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $18.845 | 08/10/2005 | | M | | | 10,000[2] | 05/13/1999 | 05/14/2008 | Common Stock | 10,000 | $ 0 | 210,000 | D | |
| Employee stock option (right to buy) | $18.845 | 08/11/2005 | | M | | | 20,000[2] | 05/13/1999 | 05/14/2008 | Common Stock | 20,000 | $ 0 | 190,000 | D | |

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| | X | X | CEO, Chairman and President | |

| ROBINSON RICHARD<br>C/O CORPORATE SECRETARY<br>557 BROADWAY<br>NEW YORK, NY 10012 | | | | |
|---|---|---|---|---|

**Explanation of Responses:**

(1)   See attached Exhibit 99.

(2)   These transactions were made in accordance with the instructions of Mr. Robinson's former spouse pursuant to a matrimonial settlement agreement. Under the terms of that agreement, none of the net proceeds from the sales will be retained by Mr. Robinson.

**Signatures**

<u>Teresa M. Connelly, Attorney-in-fact</u>                                    <u>08/12/2005</u>

<u>**</u>Signature of Reporting Person                                                                    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

**   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

 **SCHOLASTIC**

# 4 (SCHL)

**FORM 4 –**
**Filed on 09/22/2005 – Period: 09/21/2005**
File Number 000–19860



**GSI**

**LIVEDGAR** Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235–0287 |
| Expires: January 31, 2005 |
| Estimated average burden hours per response... 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person - ROBINSON RICHARD | 2. Issuer Name and Ticker or Trading Symbol SCHOLASTIC CORP [SCHL] | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| (Last) (First) (Middle) C/O CORPORATE SECRETARY, SCHOLASTIC CORP, 557 BROADWAY | 3. Date of Earliest Transaction (Month/Day/Year) 09/21/2005 | (Check all applicable)  X Director       X 10% Owner  X Officer (give title below)       Other (specify below)  CEO, Chairman and President |
| (Street) NEW YORK, NY 10012 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)  X Form filed by One Reporting Person       Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

**Table I – Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| | | | | | | | | | | |

**Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $36.41 | 09/21/2004 | | A | | 333,000 | | (1) | 09/21/2015 | Class A Stock | 333,000 | $ 0 | 333,000 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| ROBINSON RICHARD C/O CORPORATE SECRETARY, SCHOLASTIC CORP 557 BROADWAY NEW YORK, NY 10012 | X | X | CEO, Chairman and President | |

**Explanation of Responses:**

(1)    Vests annually in four equal installments beginning on the first anniversary of the grant date.

**Signatures**

Teresa M. Connelly                                      09/22/2005

** Signature of Reporting Person                    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

# EXHIBIT 17

 **4** (SCHL)

**FORM 4 –**
**Filed on 10/05/2005 – Period: 09/20/2005**
File Number 000–19860



LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person * DEULL CHARLES B | 2. Issuer Name and Ticker or Trading Symbol SCHOLASTIC CORP [SCHL] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)       (First)       (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 09/20/2005 | _____ Director      _____ 10% Owner  _X_ Officer (give title below)   _____ Other (specify below)  SVP and General Counsel |
| C/O CORPORATE SECRETARY, SCHOLASTIC CORPORATION 557 BROADWAY | | |
| (Street) | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| NEW YORK, NY 10012 | | _X_ Form filed by One Reporting Person _____ Form filed by More than One Reporting Person |
| (City)       (State)       (Zip) | | |

**Table I – Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 09/20/2005 | | F | | 329[(1)] | D | $36.92 | 15,166[(3)] | D | |
| Common Stock | 10/03/2005 | | M | | 3,600 | A | $30.625 | 18,766 | D | |
| Common Stock | 10/03/2005 | | S | | 3,600 | D | $37.5 | 15,166 | D | |
| Common Stock | 10/03/2005 | | M | | 21,400 | A | $30.625 | 36,566 | D | |
| Common Stock | 10/03/2005 | | S | | 21,400 | D | $37.445 | 15,166 | D | |

**Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1.Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $30.625 | 10/03/2005 | | M | | | 25,000 | [(2)] | 07/19/2006 | Common Stock | 25,000 | $ 0 | 75,000 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| DEULL CHARLES B C/O CORPORATE SECRETARY SCHOLASTIC CORPORATION 557 BROADWAY NEW YORK, NY 10012 | | | SVP and General Counsel | |

**Explanation of Responses:**

(1)     Represents shares withheld to cover taxes owed upon vesting of 833 restricted stock units.

(2)     The option vested in four installments on July 18, 1997, 1998, 1999 and 2000.

(3)     Includes 1,447 shares acquired through September 30, 2005 under the Scholastic Corporation Employee Stock Purchase Plan since last reported.

**Signatures**

Teresa M. Connelly, Attorney—in—fact                                   10/05/2005

**Signature of Reporting Person                                                Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

*     If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

**    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

 **4** (SCHL)

**FORM 4 –**
**Filed on 10/25/2005 – Period: 10/21/2005**
File Number 000–19860



LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235–0287 |
| Expires:        January 31, 2005 |
| Estimated average burden hours per response...        0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person ÷<br>DEULL CHARLES B<br>(Last)        (First)        (Middle)<br>C/O CORPORATE SECRETARY, SCHOLASTIC CORPORATION 557 BROADWAY<br>(Street)<br>NEW YORK, NY 10012<br>(City)        (State)        (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol<br>SCHOLASTIC CORP [SCHL]<br>3. Date of Earliest Transaction (Month/Day/Year)<br>10/21/2005<br>4. If Amendment, Date Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer<br><br>(Check all applicable)<br>___ Director        ___ 10% Owner<br>_X_ Officer (give title        ___ Other (specify below)<br>below)<br>SVP and General Counsel<br>6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |

### Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 10/21/2005 | | M | | 5,000 | A | $17.595 | 20,166 | D | |
| Common Stock | 10/21/2005 | | S | | 5,000 | D | $32.66 | 15,166 | D | |
| Common Stock | 10/24/2005 | | M | | 49,938 | A | $17.595 | 65,104 | D | |
| Common Stock | 10/24/2005 | | S | | 12,497 | D | $32.56 | 52,607 | D | |
| Common Stock | 10/24/2005 | | S | | 22,238 | D | $32.49 | 30,369 | D | |
| Common Stock | 10/24/2005 | | S | | 15,203 | D | $32.53 | 15,166 | D | |

### Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $17.595 | 10/21/2005 | | M | | | 5,000 | (1) | 07/16/2007 | Common Stock | 5,000 | $ 0 | 49,938 | D | |
| Employee Stock Option (right to buy) | $17.595 | 10/24/2005 | | M | | | 49,938 | (1) | 07/16/2007 | Common Stock | 49,938 | $ 0 | 0 | D | |

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| DEULL CHARLES B<br>C/O CORPORATE SECRETARY<br>SCHOLASTIC CORPORATION 557 BROADWAY<br>NEW YORK, NY 10012 | | | SVP and General Counsel | |

**Explanation of Responses:**

(1)  The option vested in four installments on July 15, 1998,1999,2000 and 2001.

**Signatures**

Teresa M. Connelly, Attorney—in—fact                          10/25/2005

__*Signature of Reporting Person                                      Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

# EXHIBIT 18

 

**4** (SCHL)

**FORM 4 –**
**Filed on 09/06/2005 – Period: 09/01/2005**
File Number 000–19860



# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235–0287 |
| Expires:       January 31, 2005 |
| Estimated average burden hours per response...       0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>FORD BETH | 2. Issuer Name **and** Ticker or Trading Symbol<br>SCHOLASTIC CORP [SCHL] | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| (Last)        (First)        (Middle)<br><br>C/O CORPORATE SECRETARY, SCHOLASTIC CORPORATION | 3. Date of Earliest Transaction (Month/Day/Year)<br>09/01/2005 | (Check all applicable)<br><br>___ Director (give title    ___ 10% Owner<br>_X_ Officer (give title    ___ Other (specify below)<br>below)<br>         SVP, Global Operations |
| (Street)<br><br>NEW YORK, NY 10012 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City)        (State)        (Zip) | | |

### Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |

### Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
(*e.g.,* puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Units | ⑪ | 09/01/2005 | | A | | 1,101 | | 09/01/2008(1) | (1) | Common Stock | 1,101 | $26.64(1) | 1,101 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| FORD BETH<br>C/O CORPORATE SECRETARY<br>SCHOLASTIC CORPORATION<br>NEW YORK, NY 10012 | | | SVP, Global Operations | |

**Explanation of Responses:**

(1)    Acquired under the Scholastic Corporation Management Stock Purchase Plan in lieu of cash bonus; to be converted into shares of Common Stock on a one–for–one basis upon expiration of the deferral period selected by the reporting person. Vests on third anniversary of the award date. Price is equal to 75% of the lowest closing price for the underlying Common Stock in the fiscal quarter ended August 31, 2005.

**Signatures**

Teresa M. Connelly, Attorney–in–fact                                09/06/2005

**Signature of Reporting Person                                Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

**■SCHOLASTIC**

**4** (SCHL)

**FORM 4 –**
**Filed on 09/22/2005 – Period: 09/20/2005**
File Number 000–19860



GSI⭥

LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
| --- |
| OMB Number: 3235–0287 |
| Expires: January 31, 2005 |
| Estimated average burden hours per response... 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person <br> FORD BETH <br><br> (Last)    (First)    (Middle) <br><br> C/O CORPORATE SECRETARY, SCHOLASTIC CORPORATION, 557 BROADWAY <br><br> (Street) <br><br> NEW YORK, NY 10012 <br><br> (City)    (State)    (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> SCHOLASTIC CORP [SCHL] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 09/20/2005 <br><br><br> 4. If Amendment, Date Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer <br><br> (Check all applicable) <br><br> ___ Director      ___ 10% Owner <br> _X_ Officer (give title below)   ___ Other (specify below) <br> SVP, Global Operations <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> _X_ Form filed by One Reporting Person <br> ___ Form filed by More than One Reporting Person |

**Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |

**Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $36.92 | 09/20/2005 | | A | | 25,000 | | (1) | 09/20/2015 | Common Stock | 25,000 | $ 0 | 25,000 | D | |

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
| --- | --- | --- | --- | --- |
| | Director | 10% Owner | Officer | Other |
| FORD BETH <br> C/O CORPORATE SECRETARY <br> SCHOLASTIC CORPORATION, 557 BROADWAY <br> NEW YORK, NY 10012 | | | SVP, Global Operations | |

**Explanation of Responses:**

(1)    Vests annually in four equal installments beginning on the first anniversary of the grant date.

**Signatures**

| | |
| --- | --- |
| Teresa M. Connelly | 09/21/2005 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*     If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*     Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

 **4** (SCHL)

**FORM 4 –**
**Filed on 09/30/2005 – Period: 09/20/2005**
File Number 000–19860

**GSI** 

LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235-0287 |
| Expires:         January 31, 2005 |
| Estimated average burden hours per response...        0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person * FORD BETH | 2. Issuer Name **and** Ticker or Trading Symbol SCHOLASTIC CORP [SCHL] | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| (Last)        (First)        (Middle)  C/O CORPORATE SECRETARY, SCHOLASTIC CORPORATION, 557 BROADWAY | 3. Date of Earliest Transaction (Month/Day/Year) 09/20/2005 | (Check all applicable)  Director      ___ 10% Owner  _X_ Officer (give title below)  ___ Other (specify below)  SVP, Global Operations |
| (Street)  NEW YORK, NY 10012 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) _X_ Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |
| (City)     (State)     (Zip) | | |

**Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 09/20/2005 | | F | | 329$^{(1)}$ | D | $36.92 | 3,004 | D | |
| Common Stock | 09/28/2005 | | M | | 5,690 | A | $27.46 | 8,694 | D | |
| Common Stock | 09/28/2005 | | S | | 5,690 | D | $37.276 | 3,004$^{(2)}$ | D | |

**Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1.Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $27.46 | 09/28/2005 | | M | | | 5,690 | 07/14/2004 | 07/14/2013 | Common Stock | 5,690 | $ 0 | 24,310 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| FORD BETH C/O CORPORATE SECRETARY SCHOLASTIC CORPORATION, 557 BROADWAY NEW YORK, NY 10012 | | | SVP, Global Operations | |

**Explanation of Responses:**

(1)   Represents shares withheld to cover taxes owed upon vesting of 833 restricted stock units.

(2)   Includes 2,500 restricted stock units, which will vest equally on each of September 20, 2006, 2007 and 2008.

**Signatures**

Teresa M. Connelly, Attorney-in-fact                                              09/30/2005

**Signature of Reporting Person                                                          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*     If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently
valid OMB number.

**SCHOLASTIC**

**4** (SCHL)

**FORM 4 –**
**Filed on 10/05/2005 – Period: 10/03/2005**
File Number 000–19860



LIVEDGAR Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235−0287 |
| Expires:     January 31, 2005 |
| Estimated average burden hours per response...     0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person - FORD BETH | 2. Issuer Name **and** Ticker or Trading Symbol SCHOLASTIC CORP [SCHL] | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| (Last)     (First)     (Middle) C/O CORPORATE SECRETARY, SCHOLASTIC CORPORATION, 557 BROADWAY (Street) NEW YORK, NY 10012 (City)     (State)     (Zip) | 3. Date of Earliest Transaction (Month/Day/Year) 10/03/2005 | (Check all applicable)<br>_____ Director (give title below)     _____ 10% Owner<br>_X__ Officer (give title below)     _____ Other (specify below)<br>SVP, Global Operations |
| | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>____ Form filed by More than One Reporting Person |

### Table I – Non−Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 10/03/2005 | | M | | 9,310 | A | $27.46 | 12,314 | D | |
| Common Stock | 10/03/2005 | | S | | 9,310 | D | $37.314 | 3,004 | D | |

### Table II − Derivative Securities Acquired, Disposed of, or Beneficially Owned
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $27.46 | 10/03/2005 | | M | | | 9,310 | (1) | 07/14/2013 | Common Stock | 9,310 | $ 0 | 15,000 | D | |

### Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| FORD BETH C/O CORPORATE SECRETARY SCHOLASTIC CORPORATION, 557 BROADWAY NEW YORK, NY 10012 | | | SVP, Global Operations | |

**Explanation of Responses:**

(1)    Option vests in four equal annual installments beginning on July 14, 2004, 2005, 2006 and 2007.

**Signatures**

Teresa M. Connelly, Attorney-in-fact                                     10/05/2005

\*\*Signature of Reporting Person                                              Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.