# EXHIBIT 19

**SCHOLASTIC**

# 4 (SCHL)

**FORM 4 –**
**Filed on 03/31/2005 – Period: 03/29/2005**
File Number 000–19860

**GSI**

**LIVEDGAR** Information Provided by Global Securities Information, Inc.
800 669 1154
www.gsionline.com

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person * <br> FORTE DEBORAH A <br><br> (Last)　(First)　(Middle) <br><br> C/O CORPORATE SECRETARY, SCHOLASTIC CORPORATION 557 BROADWAY <br><br> (Street) <br><br> NEW YORK, NY 10012 <br><br> (City)　(State)　(Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> SCHOLASTIC CORP [SCHL] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 03/29/2005 <br><br> 4. If Amendment, Date Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer <br> (Check all applicable) <br><br> ___ Director　　___ 10% Owner <br> _X_ Officer (give title below)　___ Other (specify below) <br><br> Executive Vice President <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> _X_ Form filed by One Reporting Person <br> ___ Form filed by More than One Reporting Person |

## Table I – Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/29/2005 | | M | | 5,000 | A | $28.78 | 29,152 | D | |
| Common Stock | 03/29/2005 | | S | | 5,000 | D | $37.0061 | 24,152 | D | |

## Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $28.78 | 03/29/2005 | | M | | | 5,000 | (1) | 07/19/2005 | Common Stock | 5,000 | $ 0 | 66,400 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| FORTE DEBORAH A <br> C/O CORPORATE SECRETARY <br> SCHOLASTIC CORPORATION 557 BROADWAY <br> NEW YORK, NY 10012 | | | Executive Vice President | |

## Explanation of Responses:

(1)　The option, granted on July 18, 1995 and due to expire on July 19, 2005, vested in four equal installments on July 18, 1996,1997,1998 and 1999.

**Signatures**

| | |
|---|---|
| Teresa M. Connelly, Attorney–in–fact | 03/31/2005 |
| **Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*      If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.



# 4 (SCHL)

**FORM 4 –**
**Filed on 04/08/2005 – Period: 04/06/2005**
File Number 000–19860



**LIVEDGAR**® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
| --- |
| OMB Number: 3235-0287 |
| Expires:    January 31, 2005 |
| Estimated average burden hours per response...    0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person :<br>FORTE DEBORAH A<br><br>(Last)    (First)    (Middle)<br><br>C/O CORPORATE SECRETARY, SCHOLASTIC CORPORATION 557 BROADWAY<br><br>(Street)<br><br>NEW YORK, NY 10012<br><br>(City)    (State)    (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol<br>SCHOLASTIC CORP [SCHL]<br><br>3. Date of Earliest Transaction (Month/Day/Year)<br>04/06/2005<br><br>4. If Amendment, Date Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer<br><br>(Check all applicable)<br><br>___ Director    ___ 10% Owner<br>_X_ Officer (give title    ___ Other (specify below)<br>below)<br>Executive Vice President<br><br>6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |

### Table I -- Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 04/06/2005 | | M | | 3,082 | A | $28.78 | 27,234 | D | |
| Common Stock | 04/06/2005 | | S | | 3,082 | D | $37 | 24,152 | D | |
| Common Stock | 04/07/2005 | | M | | 7,300 | A | $28.78 | 31,452 | D | |
| Common Stock | 04/07/2005 | | S | | 7,300 | D | $37 | 24,152 | D | |
| Common Stock | 04/08/2005 | | M | | 2,400 | A | $28.78 | 26,552 | D | |
| Common Stock | 04/08/2005 | | S | | 2,400 | D | $37.0088 | 24,152 | D | |

### Table II − Derivative Securities Acquired, Disposed of, or Beneficially Owned
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $28.78 | 04/06/2005 | | M | | | 3,082 | (1) | 07/19/2005 | Common Stock | 3,082 | $ 0 | 63,318 | D | |
| Employee Stock Option (right to buy) | $28.78 | 04/07/2005 | | M | | | 7,300 | (1) | 07/19/2005 | Common Stock | 7,300 | $ 0 | 56,018 | D | |
| Employee Stock Option | $28.78 | 04/08/2005 | | M | | | 2,400 | (1) | 07/19/2005 | Common Stock | 2,400 | $ 0 | 53,618 | D | |

| (right to buy) | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| FORTE DEBORAH A<br>C/O CORPORATE SECRETARY<br>SCHOLASTIC CORPORATION 557 BROADWAY<br>NEW YORK, NY 10012 | | | Executive Vice President | |

## Explanation of Responses:

(1)     The option, granted on July 18, 1995 and due to expire on July 19, 2005, vested in four equal installments on July 18, 1996,1997,1998 and 1999.

## Signatures

Teresa M. Connelly, Attorney-in-fact                         04/08/2005

** Signature of Reporting Person                              Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

*     If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

**     Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

 **4** (SCHL)

**FORM 4 –**
**Filed on 04/19/2005 – Period: 04/15/2005**
File Number 000–19860



**GSI**

**LIVEDGAR**® Information Provided by Global Securities Information, Inc.
300.669.1154
www.gsionline.com

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: 3235-0287 | |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>FORTE DEBORAH A<br><br>(Last)      (First)      (Middle)<br><br>C/O CORPORATE SECRETARY, SCHOLASTIC CORPORATION 557 BROADWAY<br><br>(Street)<br><br>NEW YORK, NY 10012<br>(City)      (State)      (Zip) | 2. Issuer Name and Ticker or Trading Symbol<br>SCHOLASTIC CORP [SCHL]<br><br>3. Date of Earliest Transaction (Month/Day/Year)<br>04/15/2005<br><br>4. If Amendment, Date Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer<br><br>(Check all applicable)<br><br>___ Director      ___ 10% Owner<br>_X_ Officer (give title below)   ___ Other (specify below)<br><br>Executive Vice President<br><br>6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |

### Table I – Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 04/15/2005 | | M | | 6,300 | A | $28.78 | 30,452 | D | |
| Common Stock | 04/15/2005 | | S | | 6,300 | D | $35.0548 | 24,152 | D | |

### Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
#### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $28.78 | 04/15/2005 | | M | | | 6,300 | (1) | 07/19/2005 | Common Stock | 6,300 | $ 0 | 47,318 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| FORTE DEBORAH A<br>C/O CORPORATE SECRETARY<br>SCHOLASTIC CORPORATION 557 BROADWAY<br>NEW YORK, NY 10012 | | | Executive Vice President | |

## Explanation of Responses:

(1)  The option, granted on July 18, 1995 and due to expire on July 19, 2005, vested in four equal installments on July 18, 1996, 1997, 1998 and 1999.

**Signatures**

Teresa M. Connelly, Attorney−in−fact                                      04/19/2005

<u>**</u>Signature of Reporting Person                                                          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*     If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.



**4** (SCHL)

**FORM 4 –**
**Filed on 05/04/2005 – Period: 05/02/2005**
File Number 000–19860



LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235–0287
Expires: January 31, 2005
Estimated average burden hours per response... 0.5

(Print or Type Responses)

| 1. Name and Address of Reporting Person · FORTE DEBORAH A | 2. Issuer Name **and** Ticker or Trading Symbol SCHOLASTIC CORP [SCHL] | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| (Last) (First) (Middle) C/O CORPORATE SECRETARY, SCHOLASTIC CORPORATION 557 BROADWAY | 3. Date of Earliest Transaction (Month/Day/Year) 05/02/2005 | (Check all applicable) ___ Director ___ 10% Owner _X_ Officer (give title below) ___ Other (specify below) Executive Vice President |
| (Street) NEW YORK, NY 10012 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) _X_ Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

**Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/02/2005 | | M | | 47,318[(1)] | A | $28.78 | 71,470 | D | |
| Common Stock | 05/02/2005 | | S | | 16,500[(1)] | D | $35.0141 | 54,970 | D | |
| Common Stock | 05/02/2005 | | S | | 22,000[(1)] | D | $35.0097 | 32,970 | D | |
| Common Stock | 05/02/2005 | | S | | 8,818[(1)] | D | $35 | 24,152 | D | |

**Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $28.78 | 05/02/2005 | | M | | | 47,318 | [(2)] | 07/19/2005 | Common Stock | 47,318 | $ 0 | 0 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| FORTE DEBORAH A C/O CORPORATE SECRETARY SCHOLASTIC CORPORATION 557 BROADWAY NEW YORK, NY 10012 | | | Executive Vice President | |

**Explanation of Responses:**

(1)  Effected pursuant to a Rule 10b5–1 trading plan adopted by the reporting person on April 15, 2005 with respect to an employee stock option expiring in July 2005.

(2)  The option, granted on July 18, 1995 and due to expire on July 19, 2005, vested in four equal installments on July 18, 1996,1997,1998 and 1999.

**Signatures**

<u>Teresa M. Connelly, Attorney–in–fact</u>                                             <u>05/04/2005</u>

__\*\*__Signature of Reporting Person                                                                                        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

# EXHIBIT 20

SCHOLASTIC

**4** (SCHL)

**FORM 4 –**
**Filed on 08/02/2005 – Period: 07/29/2005**
File Number 000–19860

GSI

LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.869.1154
www.gsionline.com

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235-0287
Expires:           January 31, 2005
Estimated average burden hours per response...      0.5

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>HARRIS CHARLES T | 2. Issuer Name and Ticker or Trading Symbol<br>SCHOLASTIC CORP [SCHL] | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| (Last)    (First)    (Middle)<br><br>C/O CORPORATE SECRETARY, SCHOLASTIC CORPORATION 557 BROADWAY | 3. Date of Earliest Transaction (Month/Day/Year)<br>07/29/2005 | (Check all applicable)<br><br>_X_ Director     ___ 10% Owner<br>___ Officer (give title below)   ___ Other (specify below) |
| (Street)<br><br>NEW YORK, NY 10012 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City)    (State)    (Zip) | | |

**Table I – Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 07/29/2005 | | M | | 6,000 | A | $34.405 | 10,781 | D | |
| Common Stock | 07/29/2005 | | M | | 6,000 | A | $17.875 | 16,871 | D | |
| Common Stock | 07/29/2005 | | S | | 10,000 | D | $37.447 | 6,781 | D | |
| Common Stock | 07/29/2005 | | M | | 6,000 | A | $28.47 | 12,871 | D | |
| Common Stock | 07/29/2005 | | M | | 6,000 | A | $30.385 | 18,871 | D | |
| Common Stock | 07/29/2005 | | M | | 1,000 | A | $30.88 | 19,871 | D | |
| Common Stock | 07/29/2005 | | S | | 15,000 | D | $37.043 | 4,781 | D | |
| Common Stock | 08/01/2005 | | M | | 5,000 | A | $30.88 | 9,781 | D | |
| Common Stock | 08/01/2005 | | S | | 5,000 | D | $37.25 | 4,781 | D | |
| Common Stock | | | | | | | | 4,000 | I | By Harris Capital Partners L.P. |
| Common Stock | | | | | | | | 1,000 | I | By the Charles T. Harris, Jr. Trust |
| Common Stock | | | | | | | | 200 | I | By son |
| Common Stock | | | | | | | | 200 | I | By son |

**Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of | | | | |

| | | | | | | | | | | Shares | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Outside Director Stock Option (right to buy) | $34.405 | 07/29/2005 | | M | | | 6,000 | 09/17/1997 | 09/17/2006 | Common Stock | 6,000 | $0 | 0 | D |
| Outside Director Stock Option (right to buy) | $17.875 | 07/29/2005 | | M | | | 6,000 | 01/07/1999 | 01/07/2008 | Common Stock | 6,000 | $0 | 0 | D |
| Outside Director Stock Option (right to buy) | $28.47 | 07/29/2005 | | M | | | 6,000 | 01/07/2000 | 01/07/2009 | Common Stock | 6,000 | $0 | 0 | D |
| Outside Director Option (right to buy) | $30.385 | 07/29/2005 | | M | | | 6,000 | 01/07/2001 | 01/07/2010 | Common Stock | 6,000 | $0 | 0 | D |
| Outside Director (right to buy) | $30.88 | 07/29/2005 | | M | | | 1,000 | 09/23/2004 | 09/23/2013 | Common Stock | 6,000 | $0 | 0 | D |
| Outside Director stock option (right to buy) | $30.88 | 08/01/2005 | | M | | | 5,000 | 09/23/2004 | 09/23/2013 | Common Stock | 5,000 | $0 | 0 | D |

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| HARRIS CHARLES T<br>C/O CORPORATE SECRETARY<br>SCHOLASTIC CORPORATION 557 BROADWAY<br>NEW YORK, NY 10012 | X | | | |

**Explanation of Responses:**

**Signatures**

Teresa M. Connelly, Attorney-in-fact                                 08/02/2005

** Signature of Reporting Person                                                          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

*     If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

**    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

# EXHIBIT 21

 **■SCHOLASTIC**

# 4 (SCHL)

**FORM 4 –**
**Filed on 03/31/2005 – Period: 03/29/2005**
File Number 000–19860

 **GSI**

LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

| | |
|---|---|
| Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). | |

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235-0287
Expires: January 31, 2005
Estimated average burden hours per response... 0.5

(Print or Type Responses)

| 1. Name and Address of Reporting Person *  HOLLAND LARRY V | 2. Issuer Name and Ticker or Trading Symbol  SCHOLASTIC CORP [SCHL] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year)  03/29/2005 | ___ Director   ___ 10% Owner  _X_ Officer (give title below)   ___ Other (specify below)  SVP Human Resources |
| C/O CORPORATE SECRETARY, SCHOLASTIC CORPORATION 557 BROADWAY | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)  _X_ Form filed by One Reporting Person  ___ Form filed by More than One Reporting Person |
| NEW YORK, NY 10012 | | |
| (City) (State) (Zip) | | |

### Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/29/2005 | | M | | 12,887 | A | $35.905 | 21,268 | D | |
| Common Stock | 03/29/2005 | | S | | 1,000 | D | $37.22 | 20,268 | D | |
| Common Stock | 03/29/2005 | | S | | 1,000 | D | $37.25 | 19,268 | D | |
| Common Stock | 03/29/2005 | | S | | 1,000 | D | $37.24 | 18,268 | D | |
| Common Stock | 03/29/2005 | | S | | 2,000 | D | $37.2765 | 16,268 | D | |
| Common Stock | 03/29/2005 | | S | | 2,000 | D | $37.26 | 14,268 | D | |
| Common Stock | 03/29/2005 | | S | | 300 | D | $37.2867 | 13,968 | D | |
| Common Stock | 03/29/2005 | | S | | 1,000 | D | $37.23 | 12,968 | D | |
| Common Stock | 03/29/2005 | | S | | 1,200 | D | $37.2308 | 11,768 | D | |
| Common Stock | 03/29/2005 | | S | | 1,000 | D | $37.133 | 10,768 | D | |
| Common Stock | 03/29/2005 | | S | | 2,000 | D | $37.16 | 8,768 | D | |
| Common Stock | 03/29/2005 | | S | | 387 | D | $37.12 | 8,381 | D | |
| Common Stock | 03/29/2005 | | M | | 15,408 | A | $31.565 | 23,789 | D | |
| Common Stock | 03/29/2005 | | S | | 10,000 | D | $37.041 | 13,381 | D | |
| Common Stock | 03/29/2005 | | S | | 5,000 | D | $37.05 | 8,381 | D | |
| Common Stock | | | | | | | | 344 | I | By trustee of 401(k) Plan |

### Table II — Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

|  |  |  |  | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | Reported Transaction(s) (Instr. 4) | or Indirect (I) (Instr. 4) |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Stock Option (right to buy) | $35.905 | 03/29/2005 |  | M |  |  | 12,887 | (1) | 12/15/2010 | Common Stock | 12,887 | $ 0 | 0 | D |
| Employee Stock Option (right to buy) | $31.565 | 03/29/2005 |  | M |  |  | 15,408 | (2) | 07/19/2010 | Common Stock | 15,408 | $ 0 | 24,592 | D |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
|  | Director | 10% Owner | Officer | Other |
| HOLLAND LARRY V<br>C/O CORPORATE SECRETARY<br>SCHOLASTIC CORPORATION 557 BROADWAY<br>NEW YORK, NY 10012 |  |  | SVP Human Resources |  |

## Explanation of Responses:

(1)    The option vested in four equal installments on December 14, 2001, 2002, 2003 and 2004.

(2)    The option vested in four equal installments on July 18, 2001, 2002, 2003 and 2004.

## Signatures

Teresa M. Connelly, Attorney-in-fact                                    03/31/2005

**Signature of Reporting Person                                         Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

*      If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

**      Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

**SCHOLASTIC**

# 4 (SCHL)

**FORM 4 –**
**Filed on 03/31/2005 – Period: 03/30/2005**
File Number 000–19860

**GSI**



**LIVEDGAR**® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
| --- |
| OMB Number: 3235−0287 |
| Expires:         January 31, 2005 |
| Estimated average burden hours per response...     0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person − HOLLAND LARRY V | 2. Issuer Name **and** Ticker or Trading Symbol SCHOLASTIC CORP [SCHL] | 5. Relationship of Reporting Person(s) to Issuer |
| --- | --- | --- |
| (Last)        (First)        (Middle) C/O CORPORATE SECRETARY, SCHOLASTIC CORPORATION 557 BROADWAY | 3. Date of Earliest Transaction (Month/Day/Year) 03/30/2005 | (Check all applicable) _____ Director        _____ 10% Owner _X_ Officer (give title below)  _____ Other (specify below) SVP Human Resources |
| (Street) NEW YORK, NY 10012 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) _X_ Form filed by One Reporting Person _____ Form filed by More than One Reporting Person |
| (City)        (State)        (Zip) | | |

**Table I – Non−Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/30/2005 | | M | | 24,592 | A | $31.565 | 32,973 | D | |
| Common Stock | 03/30/2005 | | S | | 5,000 | D | $37.35 | 27,973 | D | |
| Common Stock | 03/30/2005 | | S | | 2,000 | D | $37.3405 | 25,973 | D | |
| Common Stock | 03/30/2005 | | S | | 2,000 | D | $37.353 | 23,973 | D | |
| Common Stock | 03/30/2005 | | S | | 2,000 | D | $37.343 | 21,973 | D | |
| Common Stock | 03/30/2005 | | S | | 2,000 | D | $37.2005 | 19,973 | D | |
| Common Stock | 03/30/2005 | | S | | 1,000 | D | $37.191 | 18,973 | D | |
| Common Stock | 03/30/2005 | | S | | 3,000 | D | $37.2657 | 15,973 | D | |
| Common Stock | 03/30/2005 | | S | | 2,000 | D | $37.2847 | 13,973 | D | |
| Common Stock | 03/30/2005 | | S | | 1,000 | D | $37.256 | 12,973 | D | |
| Common Stock | 03/30/2005 | | S | | 2,000 | D | $37.203 | 10,973 | D | |
| Common Stock | 03/30/2005 | | S | | 2,000 | D | $37.1513 | 8,973 | D | |
| Common Stock | 03/30/2005 | | S | | 4,000 | D | $37.15 | 4,973 | D | |
| Common Stock | 03/30/2005 | | M | | 11,408 | A | $30.625 | 16,381 | D | |
| Common Stock | 03/30/2005 | | S | | 2,000 | D | $37.519 | 14,381 | D | |
| Common Stock | 03/30/2005 | | S | | 1,000 | D | $37.184 | 13,381 | D | |
| Common Stock | 03/30/2005 | | S | | 1,000 | D | $36.85 | 12,381 | D | |
| Common Stock | 03/30/2005 | | S | | 3,000 | D | $36.8 | 9,381 | D | |
| Common Stock | 03/30/2005 | | S | | 1,000 | D | $36.75 | 8,381 | D | |
| Common Stock | 03/31/2005 | | M | | 6,095 | A | $30.625 | 14,476 | D | |
| Common Stock | 03/31/2005 | | S | | 6,000 | D | $37 | 8,476 | D | |
| Common Stock | 03/31/2005 | | S | | 95 | D | $37.5 | 8,381 | D | |
| Common Stock | | | | | | | | 344 | I | |

| | | | | | | | | | | By trustee of 401(k) Plan |
|---|---|---|---|---|---|---|---|---|---|---|

### Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee stock option (right to buy) | $31.565 | 03/30/2005 | | M | | | 24,592 | (1) | 07/19/2010 | Common Stock | 24,592 | $0 | 0 | D | |
| Employee stock option (right to buy) | $30.625 | 03/30/2005 | | M | | | 11,408 | (2) | 07/19/2006 | Common Stock | 11,408 | $0 | 38,592 | D | |
| Employee Stock Option (right to buy) | $30.625 | 03/31/2005 | | M | | | 6,095 | (2) | 07/19/2006 | Common Stock | 6,095 | $0 | 32,497 | D | |

### Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| HOLLAND LARRY V C/O CORPORATE SECRETARY SCHOLASTIC CORPORATION 557 BROADWAY NEW YORK, NY 10012 | | | SVP Human Resources | |

### Explanation of Responses:

(1)  The option vested in four equal installments on July 18, 2001, 2002, 2003 and 2004.

(2)  The option vested in four equal installments on July 18, 1997, 1998, 1999 and 2000.

### Signatures

Teresa M. Connelly, Attorney-in-fact                          03/31/2005

\*\*Signature of Reporting Person                                              Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*  Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

**SCHOLASTIC**

# 4 (SCHL)

**FORM 4 –**
**Filed on 04/06/2005 – Period: 04/04/2005**
File Number 000–19860

GSI



LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person -<br>HOLLAND LARRY V<br><br>(Last)  (First)  (Middle)<br><br>C/O CORPORATE SECRETARY, SCHOLASTIC CORPORATION 557 BROADWAY<br>(Street)<br><br>NEW YORK, NY 10012<br>(City)  (State)  (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol<br>SCHOLASTIC CORP [SCHL]<br><br>3. Date of Earliest Transaction (Month/Day/Year)<br>04/04/2005<br><br><br>4. If Amendment, Date Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer<br><br>(Check all applicable)<br><br>___ Director  ___ 10% Owner<br>_X_ Officer (give title below)  ___ Other (specify below)<br><br>SVP Human Resources<br><br>6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |

### Table I – Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 04/04/2005 | | M | | 32,497 | A | $30.625 | 40,878 | D | |
| Common Stock | 04/04/2005 | | S | | 10,000 | D | $36.1873 | 30,878 | D | |
| Common Stock | 04/04/2005 | | S | | 10,000 | D | $36.5883 | 20,878 | D | |
| Common Stock | 04/04/2005 | | S | | 5,700 | D | $36.25 | 15,178 | D | |
| Common Stock | 04/04/2005 | | S | | 6,797 | D | $37.3492 | 8,381 | D | |
| Common Stock | 04/04/2005 | | M | | 7,803 | A | $27.46 | 16,184 | D | |
| Common Stock | 04/04/2005 | | S | | 803 | D | $36.3492 | 15,381 | D | |
| Common Stock | 04/04/2005 | | S | | 1,000 | D | $36.419 | 14,381 | D | |
| Common Stock | 04/04/2005 | | S | | 1,000 | D | $36.432 | 13,381 | D | |
| Common Stock | 04/04/2005 | | S | | 1,000 | D | $36.403 | 12,381 | D | |
| Common Stock | 04/04/2005 | | S | | 1,000 | D | $36.354 | 11,381 | D | |
| Common Stock | 04/04/2005 | | S | | 1,000 | D | $36.4 | 10,381 | D | |
| Common Stock | 04/04/2005 | | S | | 1,000 | D | $36.4164 | 9,381 | D | |
| Common Stock | 04/04/2005 | | S | | 1,000 | D | $36.5303 | 8,381 | D | |
| Common Stock | 04/05/2005 | | M | | 2,197 | A | $27.46 | 10,578 | D | |
| Common Stock | 04/05/2005 | | S | | 10,000 | D | $36.6782 | 578 | D | |
| Common Stock | 04/05/2005 | | M | | 17,803 | A | $25.69 | 18,381 | D | |
| Common Stock | 04/05/2005 | | S | | 10,000 | D | $36.6384 | 8,381 | D | |
| Common Stock | | | | | | | | 344 | I | By trustee of 401(k) Plan |

### Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative | 2. Conversion | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if | 4. Transaction Code | 5. Number of Derivative | 6. Date Exercisable and Expiration Date | 7. Title and Amount of Underlying Securities | 8. Price of Derivative | 9. Number of Derivative | 10. Ownership | 11. Nature of Indirect |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Security (Instr. 3) | or Exercise Price of Derivative Security | any (Month/Day/Year) | (Instr. 8) | | | (Month/Day/Year) | | (Instr. 3 and 4) | | Security (Instr. 5) | Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | |
| Employee Stock Option (right to buy) | $30.625 | 04/04/2005 | M | | | 32,497 | (1) | 07/19/2006 | Common Stock | 32,497 | $ 0 | 0 | D | |
| Employee Stock Option (right to buy) | $27.46 | 04/04/2005 | M | | | 7,803 | (2) | 07/14/2013 | Common Stock | 7,803 | $ 0 | 32,197 | D | |
| Employee Stock Option (right to buy) | $25.69 | 04/05/2005 | M | | | 17,803 | (3) | 07/21/2009 | Common Stock | 17,803 | $ 0 | 32,197 | D | |
| Common Stock | $27.46 | 04/05/2005 | M | | | 2,197 | (2) | 07/14/2013 | Common Stock | 2,197 | $ 0 | 30,000 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| HOLLAND LARRY V C/O CORPORATE SECRETARY SCHOLASTIC CORPORATION 557 BROADWAY NEW YORK, NY 10012 | | | SVP Human Resources | |

## Explanation of Responses:

(1)  The option vested in four equal installments on July 18. 1997, 1998, 1999 and 2000.

(2)  The option vests in four equal installments on July 14, 2004, 2005, 2006 and 2007.

(3)  The option vested in four equal installments on July 20, 2000, 2001, 2002 and 2003.

## Signatures

Teresa M. Connelly, Attorney-in-fact                04/06/2005

** Signature of Reporting Person                Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

  *   If the form is filed by more than one reporting person, see Instruction 4(b)(v).

  **   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

 **4** (SCHL)

**FORM 4 –**
**Filed on 04/08/2005 – Period: 04/06/2005**
File Number 000–19860

**GSI** 

LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

□ Check this box
if no longer
subject to
Section 16.
Form 4 or Form
5 obligations
may continue.
*See* Instruction
1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF**
**SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section
17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the
Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person <u>:</u><br>HOLLAND LARRY V<br><br>(Last)    (First)    (Middle)<br><br>C/O CORPORATE SECRETARY, SCHOLASTIC CORPORATION 557 BROADWAY<br>(Street)<br><br>NEW YORK, NY 10012<br>(City)    (State)    (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol<br>SCHOLASTIC CORP [SCHL]<br><br>3. Date of Earliest Transaction (Month/Day/Year)<br>04/06/2005<br><br><br>4. If Amendment, Date Original Filed<br>(Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer<br><br>(Check all applicable)<br><br>___ Director       ___ 10% Owner<br>_X_ Officer (give title    ___ Other (specify below)<br>below)<br>          SVP Human Resources<br><br>6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |

### Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 04/06/2005 | | M | | 20,000 | A | $25.69 | 28,381 | D | |
| Common Stock | 04/06/2005 | | S | | 4,080 | D | $36.8122 | 24,301 | D | |
| Common Stock | 04/06/2005 | | S | | 5,920 | D | $36.9714 | 18,381 | D | |
| Common Stock | 04/06/2005 | | S | | 10,000 | D | $36.9246 | 8,381 | D | |
| Common Stock | 04/07/2005 | | M | | 12,197 | A | $25.69 | 20,578 | D | |
| Common Stock | 04/07/2005 | | S | | 10,000 | D | $36.3506 | 10,578 | D | |
| Common Stock | 04/07/2005 | | M | | 2,803 | A | $18.845 | 13,381 | D | |
| Common Stock | 04/07/2005 | | S | | 5,000 | D | $37 | 8,381 | D | |
| Common Stock | 04/08/2005 | | M | | 3,000 | A | $18.845 | 11,381 | D | |
| Common Stock | 04/08/2005 | | S | | 3,000 | D | $37 | 8,381 | D | |
| Common Stock | | | | | | | | 344 | I | By trustee of 401(k) Plan |

### Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
(*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $25.69 | 04/06/2005 | | M | | | 20,000 | (1) | 07/21/2009 | Common Stock | 20,000 | $ 0 | 12,197 | D | |

| Employee stock option (right to buy) | $18.845 | 04/07/2005 | | M | | 2,803 | (2) | 05/14/2008 | Common Stock | 2,803 | $ 0 | 22,197 | D | |
| Employee stock option (right to buy) | $25.69 | 04/07/2005 | | M | | 12,197 | (1) | 07/21/2009 | Common Stock | 12,197 | $ 0 | 0 | D | |
| Employee Stock option (right to buy) | $18.845 | 04/08/2005 | | M | | 3,000 | (2) | 05/14/2008 | Common Stock | 3,000 | $ 0 | 19,197 | D | |

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
| | Director | 10% Owner | Officer | Other |
| HOLLAND LARRY V<br>C/O CORPORATE SECRETARY<br>SCHOLASTIC CORPORATION 557 BROADWAY<br>NEW YORK, NY 10012 | | | SVP Human Resources | |

**Explanation of Responses:**

(1)   The option vested in four equal installments on July 20, 2000, 2001, 2002 and 2003.

(2)   The option vested in four equal installments on May 13, 1999, 2000, 2001 and 2002.

**Signatures**

<u>Teresa M. Connelly, Attorney-in-fact</u>                     <u>04/08/2005</u>

\*\*<u>Signature of Reporting Person</u>                                        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

*    If the form is filed by more than one reporting person, see Instruction 4(b)(v).

**    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

  (SCHL)

**FORM 4 –**
**Filed on 04/13/2005 – Period: 04/11/2005**
File Number 000–19860



LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person : HOLLAND LARRY V | 2. Issuer Name **and** Ticker or Trading Symbol SCHOLASTIC CORP [SCHL] | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| (Last)          (First)          (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 04/11/2005 | (Check all applicable) |
| C/O CORPORATE SECRETARY, SCHOLASTIC CORPORATION 557 BROADWAY | | ___ Director          ___ 10% Owner ___X__ Officer (give title          ___ Other (specify below) below) SVP Human Resources |
| (Street) | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| NEW YORK, NY 10012 | | __X_ Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |
| (City)          (State)          (Zip) | | |

**Table I − Non−Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 04/11/2005 | | M | | 1,100 | A | $18.845 | 9,481 | D | |
| Common Stock | 04/11/2005 | | S | | 1,100 | D | $37 | 8,381 | D | |
| Common Stock | 04/12/2005 | | M | | 18,000 | A | $18.845 | 26,381 | D | |
| Common Stock | 04/12/2005 | | S | | 2,000 | D | $36.75 | 24,381 | D | |
| Common Stock | 04/12/2005 | | S | | 2,000 | D | $36.45 | 22,381 | D | |
| Common Stock | 04/12/2005 | | S | | 2,000 | D | $36.4 | 20,381 | D | |
| Common Stock | 04/12/2005 | | S | | 2,000 | D | $36.36 | 18,381 | D | |
| Common Stock | 04/12/2005 | | S | | 10,000 | D | $36.9052 | 8,381 | D | |
| Common Stock | 04/13/2005 | | M | | 97 | A | $18.845 | 8,478 | D | |
| Common Stock | 04/13/2005 | | S | | 97 | D | $35.7557 | 8,381 | D | |
| Common Stock | 04/13/2005 | | M | | 8,000 | A | $17.595 | 16,381 | D | |
| Common Stock | 04/13/2005 | | S | | 1,000 | D | $35.606 | 15,381 | D | |
| Common Stock | 04/13/2005 | | S | | 1,000 | D | $35.52 | 14,381 | D | |
| Common Stock | 04/13/2005 | | S | | 2,000 | D | $35.6308 | 12,381 | D | |
| Common Stock | 04/13/2005 | | S | | 2,000 | D | $35.75 | 10,381 | D | |
| Common Stock | 04/13/2005 | | S | | 2,000 | D | $35.7557 | 8,381 | D | |
| Common Stock | | | | | | | | 344 | I | By trustee of 401(k) Plan |

**Table II − Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following | 10. Ownership Form of Derivative Security: Direct (D) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | Reported Transaction(s) (Instr. 4) | or Indirect (I) (Instr. 4) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Stock Option (right to buy) | $18.845 | 04/11/2005 | | M | | | 1,100 | (1) | 05/14/2008 | Common Stock | 1,100 | $ 0 | 18,097 | D | |
| Employee Stock Option (right to buy) | $18.845 | 04/12/2005 | | M | | | 18,000 | (1) | 05/14/2008 | Common Stock | 18,000 | $ 0 | 97 | D | |
| Employee Stock Option (right to buy) | $18.845 | 04/13/2005 | | M | | | 97 | (1) | 05/14/2008 | Common Stock | 97 | $ 0 | 0 | D | |
| Employee Stock Option (right to buy) | $17.595 | 04/13/2005 | | M | | | 8,000 | (2) | 07/16/2007 | Common Stock | 8,000 | $ 0 | 0 | D | |

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| HOLLAND LARRY V C/O CORPORATE SECRETARY SCHOLASTIC CORPORATION 557 BROADWAY NEW YORK, NY 10012 | | | SVP Human Resources | |

**Explanation of Responses:**

(1)   The option vested in four equal installments on May 13, 1999, 2000, 2001 and 2002.

(2)   The option vested in four equal installments on July 15, 1998, 1999, 2000 and 2001.

**Signatures**

Paul Marcotrigiano, Attorney-in-fact                                              04/13/2005

\*\*Signature of Reporting Person                                                                Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

*     If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

**     Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

SCHOLASTIC

**4** (SCHL)

**FORM 4 –**
**Filed on 04/21/2005 – Period: 04/19/2005**
File Number 000–19860

GSI

LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235–0287 |
| Expires: January 31, 2005 |
| Estimated average burden hours per response... 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *|2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| HOLLAND LARRY V | SCHOLASTIC CORP [SCHL] | (Check all applicable) |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 04/19/2005 | ___ Director    ___ 10% Owner  _X_ Officer (give title below)  ___ Other (specify below)  SVP Human Resources |
| C/O CORPORATE SECRETARY, SCHOLASTIC CORPORATION 557 BROADWAY | | |
| (Street) | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)  _X_ Form filed by One Reporting Person  ___ Form filed by More than One Reporting Person |
| NEW YORK, NY 10012 | | |
| (City) (State) (Zip) | | |

### Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 04/19/2005 | | S | | 2,173 | D | $35.7063 | 6,208 | D | |
| Common Stock | | | | | | | | 344 | I | By trustee of 401(k) Plan |

### Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| HOLLAND LARRY V C/O CORPORATE SECRETARY SCHOLASTIC CORPORATION 557 BROADWAY NEW YORK, NY 10012 | | | SVP Human Resources | |

**Explanation of Responses:**

**Signatures**

| Teresa M. Connelly, Attorney-in-fact | 04/21/2005 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

# EXHIBIT 22

**■SCHOLASTIC**

# 4 (SCHL)

**FORM 4 –**
**Filed on 04/20/2005 – Period: 04/19/2005**
File Number 000–19860



**GSI**

**LIVEDGAR** Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

| OMB APPROVAL |
|---|
| OMB Number: 3235-0287 |
| Expires: January 31, 2005 |
| Estimated average burden hours per response... 0.5 |

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

(Print or Type Responses)

| 1. Name and Address of Reporting Person JEMISON MAE | 2. Issuer Name **and** Ticker or Trading Symbol SCHOLASTIC CORP [SCHL] | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| (Last) (First) (Middle) C/O CORPORATE SECRETARY, SCHOLASTIC CORPORATION 557 BROADWAY | 3. Date of Earliest Transaction (Month/Day/Year) 04/19/2005 | (Check all applicable) X Director ___ 10% Owner ___ Officer (give title below) ___ Other (specify below) |
| (Street) NEW YORK, NY 10012 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

### Table I – Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) Code | V | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) Amount | (A) or (D) | Price | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| Common Stock | 04/19/2005 | | M | | 2,000 | A | $17.875 | 3,004 | D | |
| Common Stock | 04/19/2005 | | S | | 2,000 | D | $34.733 | 1,004 | D | |

### Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) Code | V | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) (A) | (D) | 6. Date Exercisable and Expiration Date (Month/Day/Year) Date Exercisable | Expiration Date | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) Title | Amount or Number of Shares | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stock option (right to buy) | $17.875 | 04/19/2005 | | M | | | 2,000 | 01/07/1999 | 01/08/2008 | Common Stock | 2,000 | $0 | 4,000 | D | |

### Reporting Owners

| Reporting Owner Name / Address | Relationships Director | 10% Owner | Officer | Other |
|---|---|---|---|---|
| JEMISON MAE C/O CORPORATE SECRETARY SCHOLASTIC CORPORATION 557 BROADWAY NEW YORK, NY 10012 | X | | | |

**Explanation of Responses:**

**Signatures**

Teresa M. Connelly, Attorney-in-fact                04/20/2005

\*\*Signature of Reporting Person                Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

# EXHIBIT 23

 

**4** (SCHL)

**FORM 4 –**
**Filed on 03/30/2005 – Period: 03/28/2005**
File Number 000–19860



**LIVEDGAR®** Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

**FORM 4**

OMB APPROVAL

OMB Number: 3235-0287
Expires: January 31, 2005
Estimated average burden hours per response... 0.5

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

(Print or Type Responses)

| 1. Name and Address of Reporting Person | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| MALONEY KAREN A (Last) (First) (Middle) — C/O CORPORATE SECRETARY, SCHOLASTIC CORPORATION (Street) NEW YORK, NY 10012 (City) (State) (Zip) | SCHOLASTIC CORP [SCHL] — 3. Date of Earliest Transaction (Month/Day/Year) 03/28/2005 — 4. If Amendment, Date Original Filed (Month/Day/Year) | (Check all applicable) __ Director __ 10% Owner _X_ Officer (give title below) __ Other (specify below) Senior Vice President—Finance — 6. Individual or Joint/Group Filing (Check Applicable Line) _X_ Form filed by One Reporting Person __ Form filed by More than One Reporting Person |

**Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) Code | V | 4. Securities Acquired (A) or Disposed of (D) Amount | (A) or (D) | Price | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| Common Stock | 03/28/2005 | | M | | 4,000 | A | $25.69 | 7,105 | D | |
| Common Stock | 03/28/2005 | | S | | 4,000 | D | $37.5 | 3,105 | D | |

**Table II — Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) Code | V | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) (A) | (D) | 6. Date Exercisable and Expiration Date (Month/Day/Year) Date Exercisable | Expiration Date | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) Title | Amount or Number of Shares | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Stock Option (right to buy) | $25.69 | 03/28/2005 | | M | | | 4,000 | (1) | 07/21/2009 | Common Stock | 4,000 | $ 0 | 0 | D | |

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| MALONEY KAREN A C/O CORPORATE SECRETARY SCHOLASTIC CORPORATION NEW YORK, NY 10012 | | | Senior Vice President—Finance | |

**Explanation of Responses:**

(1) Vested annually in four equal installments beginning on the first anniversary of the grant date.

## Signatures

Teresa M. Connelly — 03/30/2005

**Signature of Reporting Person — Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

# EXHIBIT 24

  **4** (SCHL)

**FORM 4 –**
**Filed on 03/31/2005 – Period: 03/29/2005**
File Number 000–19860

**GSI◌**

**LIVEDGAR** Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>MARCUS BARBARA A<br><br>(Last)    (First)    (Middle)<br><br>C/O CORPORATE SECRETARY, SCHOLASTIC CORPORATION 557 BROADWAY<br>(Street)<br><br>NEW YORK, NY 10012<br>(City)    (State)    (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol<br>SCHOLASTIC CORP [SCHL]<br><br>3. Date of Earliest Transaction (Month/Day/Year)<br>03/29/2005<br><br>4. If Amendment, Date Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer<br><br>(Check all applicable)<br><br>____ Director (give title below)    ____ 10% Owner<br>_X_ Officer (give title below)    ____ Other (specify below)<br><br>President Children's Book Pub.<br><br>6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>____ Form filed by More than One Reporting Person |

### Table I – Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/29/2005 | | M | | 5,000 | A | $28.78 | 31,217 | D | |
| Common Stock | 03/29/2005 | | S | | 5,000 | D | $37.05 | 26,217 | D | |
| Common Stock | 03/30/2005 | | M | | 5,000 | A | $28.78 | 31,217 | D | |
| Common Stock | 03/30/2005 | | S | | 1,000 | D | $37.274 | 30,217 | D | |
| Common Stock | 03/30/2005 | | S | | 2,000 | D | $37.2655 | 28,217 | D | |
| Common Stock | 03/30/2005 | | S | | 2,000 | D | $37.25 | 26,217 | D | |
| Common Stock | | | | | | | | 1,791 | I | By trustee under 401(k)Plan |

### Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
(*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $28.78 | 03/29/2005 | | M | | | 5,000 | (1) | 07/19/2005 | Common Stock | 5,000 | $ 0 | 17,000 | D | |
| Employee Stock Option (right to buy) | $28.78 | 03/30/2005 | | M | | | 5,000 | (1) | 07/19/2005 | Common Stock | 5,000 | $ 0 | 12,000 | D | |

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| MARCUS BARBARA A<br>C/O CORPORATE SECRETARY<br>SCHOLASTIC CORPORATION 557 BROADWAY<br>NEW YORK, NY 10012 | | | President Children's Book Pub. | |

**Explanation of Responses:**

(1)    The option, granted on July 18, 1995 and due to expire on July 19, 2005, vested in four equal installments on July 18, 1996, 1997, 1998 and 1999.

**Signatures**

Teresa M. Connelly, Attorney-in-fact                                         03/31/2005

**Signature of Reporting Person                                                          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*      If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.



**4** (SCHL)

**FORM 4 –**
**Filed on 04/08/2005 – Period: 04/06/2005**
File Number 000–19860



# FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

☐ Check this box
if no longer
subject to
Section 16.
Form 4 or Form
5 obligations
may continue.
*See* Instruction
1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF
SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section
17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the
Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235–0287 |
| Expires:           January 31, 2005 |
| Estimated average burden hours per response...    0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>MARCUS BARBARA A<br><br>(Last)        (First)        (Middle)<br><br>C/O CORPORATE<br>SECRETARY, SCHOLASTIC<br>CORPORATION 557 BROADWAY<br><br>(Street)<br><br>NEW YORK, NY 10012<br><br>(City)        (State)        (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol<br>SCHOLASTIC CORP [SCHL]<br><br>3. Date of Earliest Transaction (Month/Day/Year)<br>04/06/2005<br><br>4. If Amendment, Date Original Filed<br>(Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer<br><br>(Check all applicable)<br><br>____ Director        ____ 10% Owner<br>_X_ Officer (give title        ____ Other (specify below)<br>below)<br>President Children's Book Pub.<br><br>6. Individual or Joint/Group Filing (Check<br>Applicable Line)<br>_X_ Form filed by One Reporting Person<br>____ Form filed by More than One Reporting Person |

### Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 04/06/2005 | | M | | 5,000 | A | $28.78 | 31,217 | D | |
| Common Stock | 04/06/2005 | | S | | 5,000 | D | $37 | 26,217 | D | |
| Common Stock | | | | | | | | 1,791 | I | By trustee under 401(k)Plan |

### Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $28.78 | 04/06/2005 | | M | | | 5,000 | (1) | 07/19/2005 | Common Stock | 5,000 | $ 0 | 7,000 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| MARCUS BARBARA A<br>C/O CORPORATE SECRETARY<br>SCHOLASTIC CORPORATION 557 BROADWAY<br>NEW YORK, NY 10012 | | | President Children's Book Pub. | |

**Explanation of Responses:**

(1)     The option, granted on July 18, 1995 and due to expire on July 19, 2005, vested in four equal installments on July 18, 1996, 1997, 1998 and 1999.

**Signatures**

<u>Teresa M. Connelly, Attorney-in-fact</u>                                     <u>04/08/2005</u>

<u>**</u>Signature of Reporting Person                                                                   Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

*       If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

**      Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

 

**4** (SCHL)

**FORM 4 –**
**Filed on 04/14/2005 – Period: 04/12/2005**
File Number 000–19860



LIVEDGAR Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL
OMB Number: 3235–0287
Expires: January 31, 2005
Estimated average burden hours per response... 0.5

(Print or Type Responses)

| 1. Name and Address of Reporting Person –<br>MARCUS BARBARA A | 2. Issuer Name and Ticker or Trading Symbol<br>SCHOLASTIC CORP [SCHL] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable) |
|---|---|---|
| (Last) (First) (Middle)<br>C/O CORPORATE SECRETARY, SCHOLASTIC CORPORATION 557 BROADWAY | 3. Date of Earliest Transaction (Month/Day/Year)<br>04/12/2005 | ___ Director   ___ 10% Owner<br>_X_ Officer (give title below)   ___ Other (specify below)<br>President Children's Book Pub. |
| (Street)<br>NEW YORK, NY 10012<br>(City) (State) (Zip) | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |

**Table I – Non–Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 04/12/2005 | | M | | 544 | A | $28.78 | 26,761 | D | |
| Common Stock | 04/12/2005 | | S | | 544 | D | $37 | 26,217 | D | |
| Common Stock | | | | | | | | 1,791 | I | By trustee under 401(k) Plan |

**Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $28.78 | 04/12/2005 | | M | | | 544 | (1) | 07/19/2005 | Common Stock | 544 | $ 0 | 6,456 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| MARCUS BARBARA A<br>C/O CORPORATE SECRETARY<br>SCHOLASTIC CORPORATION 557 BROADWAY<br>NEW YORK, NY 10012 | | | President Children's Book Pub. | |

**Explanation of Responses:**

(1)     The option, granted on July 18, 1995 and due to expire on July 19, 2005, vested in four equal installments on July 18, 1996, 1997, 1998 and 1999.

**Signatures**

Paul Marcotrigiano, Attorney-in-fact                                    04/14/2005

\*\*Signature of Reporting Person                                                                Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*     If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*     Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.



**4** (SCHL)

**FORM 4 –**
**Filed on 04/19/2005 – Period: 04/15/2005**
File Number 000–19860



**GSI**

**LIVEDGAR** Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235-0287
Expires: January 31, 2005
Estimated average burden hours per response... 0.5

(Print or Type Responses)

| 1. Name and Address of Reporting Person | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| MARCUS BARBARA A <br> (Last) (First) (Middle) <br> C/O CORPORATE SECRETARY, SCHOLASTIC CORPORATION 557 BROADWAY <br> (Street) <br> NEW YORK, NY 10012 <br> (City) (State) (Zip) | SCHOLASTIC CORP [SCHL] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 04/15/2005 <br><br> 4. If Amendment, Date Original Filed (Month/Day/Year) | (Check all applicable) <br> ___ Director ___ 10% Owner <br> _X_ Officer (give title below) ___ Other (specify below) <br> President Children's Book Pub. <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> _X_ Form filed by One Reporting Person <br> ___ Form filed by More than One Reporting Person |

### Table I – Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 04/15/2005 | | M | | 6,456 | A | $28.78 | 32,673 | D | |
| Common Stock | 04/15/2005 | | S | | 6,456 | D | $34.4925 | 26,217 | D | |
| Common Stock | | | | | | | | 1,791 | I | By trustee under 401(k) Plan |

### Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $28.78 | 04/15/2005 | | M | | | 6,456 | (1) | 07/19/2005 | Common Stock | 6,456 | $ 0 | 0 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| MARCUS BARBARA A <br> C/O CORPORATE SECRETARY <br> SCHOLASTIC CORPORATION 557 BROADWAY <br> NEW YORK, NY 10012 | | | President Children's Book Pub. | |

**Explanation of Responses:**

(1)    The option, granted on July 18, 1995 and due to expire on July 19, 2005, vested in four equal installments on July 18, 1996, 1997, 1998 and 1999.

**Signatures**

<u>Teresa M. Connelly, Attorney-in-fact</u>                                          <u>04/19/2005</u>

**Signature of Reporting Person                                                    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

**   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.