# APPENDIX A

APPENDIX A

| Name | Explanation | Authority |
|---|---|---|
| **Charles Deull**, former General Counsel | Deull left the Company in the January of 2006 and exercised options in October 2005 in connection with his departure. Elbaum Aff., Ex. 17. | See Greebel v. FTP Software, Inc., 194 F.3d 185, 206 (1st Cir. 1999) ("It is not unusual for individuals leaving a company ... to sell shares. Indeed they often have a limited period of time to exercise their company stock options."); In re Enron Corp. Sec., Derivative & ERISA Litig., 258 F. Supp. 2d 576, 594 (S.D. Tex. 2003) ("Readily available, plausible explanations for a sale, such as that the insider is leaving the company or retiring in a few months might make a sale nonsuspicious."). |
| **Beth Ford**, Senior Vice President of Global Operations | On September 28 and October 4, 2005, Ford exercised options in connection with her purchase of a home. Elbaum Aff., Ex. 18. | See Ronconi, 253 F.3d at 435 (recognizing insiders may sell stock "to fund major family expenses"); see also Silicon Graphics, 183 F.3d 970, 987 (sales not suspicious where individual had small holdings and sales were small percentage of total sales alleged in complaint). |
| **Deborah Forte**, Executive Vice President of the Media, Licensing and Entertainment Division | Between March 22 and May 2, 2005, Forte exercised options that were scheduled to expire in July 2005. The May 2 trade was also made pursuant to a pre-established Rule 10b-5(1) plan, and that alone completely destroying any possible inference of scienter. Aff., Ex. 19. | 17 C.F.R. § 240.10b5-1(c); SEC v. Healthsouth Corp., 261 F. Supp. 2d 1298, 13222-23 (N.D. Ala. 2003). |

| Name | Explanation | Authority |
|---|---|---|
| **Charles Harris**, Independent, Outside Director | Harris had no day-to-day responsibilities with the Company. He exercised options on July 29 and August 1. Elbaum Aff., Ex. 20. | *See Silicon Graphics*, 183 F.3d at 987 |
| **Larry Holland**, former Senior Vice President of Human Resources | Holland voluntarily terminated his employment in the spring of 2005 and was required to exercise his shares before leaving the Company or they would expire. His sales were made between March 22 and April 19, 2005, at the start of the class period. Elbaum Aff., Ex. 21. | *See Greebel*, 194 F.3d at 206; *Enron*, 258 F. Supp. 2d at 594. |
| **Mae Jemison**, Independent, Outside Director | Jemison had no day-to-day responsibilities with the Company. She exercised options in connection with her purchase of a home.<br><br>Jemison's trade was also made at a relatively low point in the stock price during the class period. Jemison sold on April 19 at $34.73 per share, Compl. ¶ 118, while the stock traded at $38.62 on March 18 and reached a high of $39.50 on July 5. Elbaum Aff., Ex. 22. | *See Ronconi*, 253 F.3d at 435 (no inference of scienter where individual "misses the boat" by not selling at high point); *see also Silicon Graphics*, 183 F.3d at 987. |
| **Karen Maloney**, Senior Vice President of Finance | Maloney exercised options on March 22, at the start of the 53-week class period. Elbaum Aff., Ex. 23. | *See Silicon Graphics*, 183 F.3d at 987. |
| **Barbara Marcus**, President of the Children's Book Publishing and Distribution Division | Marcus exercised options between March 22 and April 15, 2005 because they were scheduled to expire in July 2005. Elbaum Aff., Ex. 24. | *See Silicon Graphics*, 183 F.3d at 987. |