UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ALASKA LABORERS EMPLOYERS          :
RETIREMENT FUND, Individually and On    :
Behalf of All Others Similarly Situated,    :
                                                               :
                                           Plaintiff,    :          No. 07 Civ. 7402 (GBD)
                                                               :
              -against-                               :
                                                               :
SCHOLASTIC CORPORATION, RICHARD    :
ROBINSON and MARY WINSTON,           :
                                                               :
                                           Defendants.    :
------------------------------------------------------------x

## SCHOLASTIC CORPORATION'S STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel for Scholastic Corporation in the above-captioned action certifies that:

(1)  Scholastic Corporation is a non-governmental corporate party that has no

corporate parent, and

(2)  No publicly held corporation owns 10% or more of its stock.

Dated:  May 28, 2008              Respectfully submitted,
            New York, New York          SIMPSON THACHER & BARTLETT LLP


                                               By: /s/ Michael J. Chepiga ..........................................
                                                     Michael J. Chepiga (mchepiga@stblaw.com)
                                                     David Elbaum (delbaum@stblaw.com)
                                                     425 Lexington Avenue
                                                     New York, New York  10017
                                                     Telephone: (212) 455-2000
                                                     Facsimile:  (212) 455-2502

                                                     *Attorneys for Scholastic Corporation,*
                                                     *Richard Robinson and Mary Winston*