

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 3 0 2008

SAN DIEGO · SAN FRANCISCO
NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
LOS ANGELES · PHILADELPHIA

David A. Rosenfeld
DRosenfeld@csgrr.com

**SO ORDERED**

May 29, 2008

The oral argument is rescheduled for June 25, 2008 at 10:00 a.m.

MAY 3 0 2008  *George B. Daniels*

**HON. GEORGE B. DANIELS**

Honorable George B. Daniels
United States Courthouse
Southern District of New York
500 Pearl Street, Room 630
New York, New York 10007

Re:   *Alaska Laborers Employers Retirement Fund v. Scholastic Corp., et al.*,
      Case No. 07-cv-07402-GBD

Dear Judge Daniels:

We represent Lead Plaintiff Alaska Laborers Employers Retirement Fund and write to request an adjournment of the oral argument on defendants' motion to dismiss the complaint that was previously scheduled for June 10, 2008, at 10:00 a.m.

At the time that the Court had set that date, I was unaware that it fell on a Jewish holiday, Shavuous. I have spoken with my adversary about rescheduling and we are both available for oral argument on June 25, 2008 at 10:00 a.m. Accordingly, it is respectfully submitted that the Court reschedule the argument for then.

Respectfully,

David A. Rosenfeld

DAR:dc

cc:   David Elbaum, Esq.

58 South Service Road, Suite 200 · Melville, NY 11747 · 631.367.7100 · Fax 631.367.1173 · www.csgrr.com