≜AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                   DISTRICT OF                   NEW YORK

ALASKA LABORERS EMPLOYERS RETIREMENT
FUND, Individually and On Behalf of All
Others Similarly Situated,
                         Plaintiff,

vs.

SCHOLASTIC CORP., et al.,
                         Defendants.

**APPEARANCE**

Case Number:  07-CIV-07402 (GBD)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Lead Plaintiff Alaska Laborers Employers Retirement Fund

    I certify that I am admitted to practice in this court.

| 6/19/2008 | *[signature]* |
|---|---|
| Date | Signature |
| | David A. Rosenfeld     3006871 |
| | Print Name     Bar Number |
| | 58 South Service Road, Suite 200 |
| | Address |
| | Melville     NY     11747 |
| | City     State     Zip Code |
| | (631) 367-7100     (631) 367-1173 |
| | Phone Number     Fax Number |

## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on June 19, 2008, I caused a true and correct copy of the attached:

> Notice of Appearance

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

> */s/ David A. Rosenfeld*
> David A. Rosenfeld

SCHOLASTIC 07
Service List – 4/18/08   (07-0182)
Page 1 of 1

**Counsel for Defendant(s)**

Michael J. Chepiga
David Elbaum
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
  212/455-2000
  212/455-2502 (Fax)


**Counsel for Plaintiff(s)**

Samuel H. Rudman
David A. Rosenfeld
Mario Alba Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
  631/367-7100
  631/367-1173 (Fax)